## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JENNIFER SMITH,**

      **Plaintiff,**

**v.**

**THE FLORIDA AGRICULTURAL & MECHANICAL UNIVERSITY BOARD OF TRUSTEES,**

      **Defendant.**
_____/

**CASE NO.:**
**Circuit Case No.: 2023-CA-016035-O**

## DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, THE FLORIDA AGRICULTURAL & MECHANICAL UNIVERSITY BOARD OF TRUSTEES ("Defendant" or "FAMU"), pursuant to M.D. Loc. R. 1.06 and 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby gives notice of the removal of the above-styled action filed by Plaintiff, JENNIFER SMITH ("Plaintiff"), from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to this United States District Court, for the Middle District of Florida, Orlando Division.  Defendant respectfully submits the following short and plain statement of the grounds for removal, in accordance with 28 U.S.C. § 1446(a), which shows that removal is timely and proper in this case:

### State Court Action

1. On October 17, 2023, Plaintiff filed a Complaint against Defendant in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida,

Case Number 2023-CA-016035-O (the "State Trial Court Action").

2. On January 29, 2024, Plaintiff filed her Amended Complaint, prior to service of the Defendant.

3. Plaintiff's Complaint asserts six counts against Defendant for: (i) discrimination in compensation in violation of the Equal Pay Act of 1963, as incorporated into the Fair Labor Standards Act, 29 U.S.C. § 206; (ii) retaliation in violation of the Equal Pay Act of 1963, as incorporated into the Fair Labor Standards Act, 29 U.S.C. § 206; (iii) breach of contract; (iv) First Amendment retaliation; (v) Violation of Procedural Due Process, 42 U.S.C. § 1983; and (vi) a request for preliminary and permanent injunctive relief.

4. On January 31, 2024, Judge Heather Rodriguez, *sua sponte*, issued an order denying Plaintiff's motion for preliminary injunctive relief. On February 1, 2024, Plaintiff filed a Notice of Appeal, providing that she appealed the Court's January 31, 2024, denial of her Motion for Preliminary Injunction to the Sixth District Court of Appeal (the "State Appellate Court Action").

5. On February 2, 2024, a process server improperly left the Summons and a copy of the Amended Complaint with Mr. James Vaughan, an administrative assistant at FAMU, who was not authorized, pursuant to Section 1001.72, *Florida Statutes*, to accept service on behalf of Defendant.

6. True and correct copies of the remaining state court documents made to date in the State Trial and Appellate Court Actions are attached hereto as Exhibits 1

through 14 and include:

| Ex. # | Date Filed with State Court: | Document: |
|---|---|---|
| 1 | 10/17/2023 | Civil Cover Sheet |
| 2 | 10/17/2023 | Complaint |
| 3 | 10/19/2023 | Streamlined Standing Case Management Plan/Order |
| 4 | 10/31/2023 | Summons Issued to FAMU |
| 5 | 01/29/2024 | Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief |
| 6 | 01/29/2024 | Correspondence to Court attaching Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief |
| 7 | 01/31/2024 | Order Denying Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief |
| 8 | 02/01/2024 | Notice of Appeal |
| 9 | 02/10/2024 | Affidavit of Service of Process |
| 10 | 02/26/2024 | Motion for Default |
| 11 | 02/26/2024 | Default Entered by Clerk |
| 12 | 03/01/2024 | Notice of Appearance of Counsel for FAMU |
| 13 | 03/04/2024 | Motion to Set Aside Clerk's Default |
| 14 |  | State Appellate Court Docket [6D24-233] |

7.   Defendant has provided written notice of the removal to Plaintiff, and, contemporaneously with this Notice, Defendant is filing in the State Trial Court Action a Notice of Removal to Federal Court.

## Jurisdiction

8. This Court has original jurisdiction over civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1332(a)(1).

9. Count I and II of Plaintiff's Amended Complaint are brought under 29 U.S.C. § 206 for discrimination and retaliation in Violation of the Equal Pay Act and Counts IV and V are brought under 42 U.S.C. § 1983 for violation of First Amendment rights and Procedural Due Process.

10. This Court also has supplemental jurisdiction over Plaintiff's claims for breach of contract and injunctive relief pursuant to 28 U.S.C. § 1367(a), which provides, in pertinent part:

> in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

Counts I, II, IV, and V of Plaintiff's Amended Complaint are based on the same factual allegations, all of which arise from Plaintiff's former employment with Defendant and are related, such that they form part of the same case or controversy.

11. Venue is proper in this Court under 28 U.S.C. § 1391(b), 1441(a).

## Timeliness of Removal

12. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely as it is filed within thirty (30) days of Defendant's receipt of the Amended Complaint.

13. Appropriate notice is being given to Plaintiff and the state court regarding

the removal of this action under 28 U.S.C. § 1446(d).

### Response, Outstanding Motions, and Appeals

14. Defendant has not yet answered or otherwise respond to the Plaintiff's Amended Complaint. Plaintiff filed an affidavit of service, providing that Defendant was served on February 2, 2024[1]. Under Florida Rule of Civil Procedure 1.140, Defendant, who is statutorily defined as an agency of the state, has forty days to respond, making its response in state court due March 13, 2024.

15. Defendant also has an outstanding motion to set aside the Clerk's Default entered in the State Trial Court Action on February 26, 2024.

16. Plaintiff's State Appellate Court Action is currently pending in the Sixth District Court of Appeal, Case No. 6D24-233. Appellant has until March 19, 2024 to file her Initial Brief and Appendix.

### Requested Relief

**WHEREFORE**, Defendant respectfully requests that this Court assume jurisdiction over this action and grant any other relief deemed just and proper.

Respectfully submitted this 4th day of March, 2024.

/s/ **Richard E. Mitchell**
Richard E. Mitchell, Esq.
Florida Bar No.: 0168092
rick.mitchell@gray-robinson.com
maryann.hamby@gray-robinson.com
Julie M. Zolty, Esq.
Florida Bar No.: 1036454

---

[1] Defendant contests the February 2, 2024 service as improper under Florida Statute Section 1001.72.

                        julie.zolty@gray-robinson.com
                        chantal.mccoy@gray-robinson.com
                        GRAYROBINSON, P.A.
                        301 East Pine Street, Suite 1400
                        Post Office Box 3068 (32802-3068)
                        Orlando, Florida 32801
                        (407) 843-8880 Telephone
                        (407) 244-5690 Facsimile
                        *Counsel for Defendant FAMU*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 4th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                        /s/ **Richard E. Mitchell**
                        Richard E. Mitchell, Esq.
                        GrayRobinson, P.A.