**An Analysis of Instructional Faculty Salary Equity in the Florida Agricultural and Mechanical University College of Law**

*Prepared by the Florida A&M University Office of Institutional Research*

*August 2015*



PLAINTIFF'S
EXHIBIT

1

**Introduction**

This report presents the findings from an analysis of instructional faculty salaries within the Florida Agricultural and Mechanical University (FAMU) College of Law. The study was conducted at the request of the university's Provost, and in response to recently raised concerns about potential salary inequities within the college. This study is not intended to advise on potential salary inequities relating to any specific individual instructional faculty member within the College of Law. Rather, its purpose is to provide insights into potential macro level disparities that may be contributed to by a number of factors. Moreover, it is important to note that salary outliers at either end of the pay spectrum do not necessarily imply systemic discrimination as an array of internal and external factors may contribute to variations in salaries. Some of these factors cannot be modeled, and determinations about their potential impacts require a more in-depth qualitative analysis. These include factors such as faculty performance, prior professional experience and prior salary history, among others (University of Louisville, 2014).

The remainder of this study is organized as follows. In Section 1 we present an overview of instructional faculty and salaries within the College of Law. This is followed in Section 2 by a description of the methodological approach and data used in the statistical analysis. Empirical results from the statistical analysis are presented in Section 3. Finally, in Section 4 we provide a summary of findings and potential next steps that may be helpful to both the university and College of Law's leadership teams in identifying and remedying potential inequities.

**Section 1: Overview of FAMU 2014-15 College of Law Instructional Faculty and Average Salaries**

The study sample for this analysis was comprised of all full-time instructional faculty who were employed in the College of Law during the 2014-2015 academic year. The university's official employee data file reports forty-two (42) instructional faculty were employed in the FAMU College of Law during the 2014-15 academic year. Table 1 provides a breakdown of all College of Law instructional faculty by rank and gender for the specified time period.

| Table 1: 2014-15 College of Law Instructional Faculty by Rank and Gender | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rank | # Female | % All COL Inst. Faculty | % of Rank | #Male | % All COL Inst. Faculty | % of Rank | Total |
| Professor | 5 | 11.90% | 35.71% | 9 | 21.43% | 64.29% | 14 |
| Assoc. Professor | 10 | 23.81% | 71.43% | 4 | 9.52% | 28.57% | 14 |
| Assistant Professor | 0 | 0.00% | 0.00% | 1 | 2.38% | 100.00% | 1 |
| Instructor | 10 | 23.81% | 76.92% | 3 | 7.14% | 23.08% | 13 |
| Total | 25 | 59.52% | 59.52% | 17 | 40.48% | 40.48% | 42 |

Average and median salaries for instructional faculty in the college were computed by gender and rank. As Table 2 shows, for the 2014-15 academic year the average and median salaries for male College of Law instructional faculty exceeded those of female instructional faculty at both the Professor and Associate Professor ranks. The average salary for males holding the rank of Professor exceeded the average for females at the same rank by $17,691. However, the median salary for male College of Law faculty at the rank of Professor exceeded the female median by a smaller margin of $5,008.

| Table 2: College of Law Average and Median Salary by Rank (2014) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Male | | | Female | | | All | | |
| Rank | # | Average Salary | Median Salary | # | Average Salary | Median Salary | # | Average Salary | Median Salary |
| Professor | 9 | $ 158,085 | $ 151,847 | 5 | $ 140,394 | $ 146,839 | 14 | $ 151,766 | $ 150,087 |
| Assoc. Professor | 4 | $ 117,777 | $ 112,685 | 10 | $ 109,142 | $ 109,510 | 14 | $ 111,609 | $ 109,556 |
| Asst. Professor | 1 | $ 99,880 | $ 99,880 | 0 | - | - | 1 | $ 99,880 | $ 99,880 |
| Instructor | 3 | $ 75,518 | $ 79,280 | 10 | $ 78,088 | $ 81,000 | 13 | $ 77,495 | $ 81,000 |

The average salary for male Associate Professors exceeded that of female Associate Professors in the college by $8,635. In a pattern similar to that observed at the Professor rank, while the median salary for male Associate Professors exceeded that of female Associate Professors in the College of Law during the 2014-15 academic year, at $3,175 the margin was smaller than the margin between the average salaries.

During the 2014-15 academic year only one instructional faculty member in the College of Law held the rank of Assistant Professor. As such, there is no basis for gender-based comparisons at this rank. It is, however, worth noting that the number of instructional faculty at the rank of Assistant Professor has declined dramatically from ten (10) during the 2010-11 academic year to just one (1) during the 2014-15 academic year.

With respect to full-time instructional faculty in the College of Law at the Instructor rank, the average salary for women exceeded that of males by $2,570. The margin of difference for median salaries was smaller, however, with the median salary of female instructors in the College of Law exceeding that of males by $1,720.

When assessing salary equity, comparisons based on average salaries are likely to be influenced by outliers as greater weight may be given to salaries at the lower and higher extremes. Comparisons based on median values are less prone to the effects of extreme values and may provide a more accurate basis for comparing salaries.

The following series of charts provide some historical perspective on trends in average salaries for the College of Law instructional faculty. As Chart 1 shows, while average salaries for male and female College of Law faculty holding the Professor rank were relatively close during the 2009-2010 academic year, the following years were characterized by growth in the average salaries of male professors, and relative stasis in the averages for females at that rank.



Chart 2 below shows that average salaries for male College of Law instructional faculty at the Associate Professor rank have historically been higher than the average salaries of their female counterparts. The gap between the average salaries of male and female faculty at the Associate Professor rank appears to have narrowed some in the 2014-15 academic year.



Chart 3 below displays the historical trend in average salaries at the Assistant Professor rank. In 2011 the number of assistant professors in the College of Law decreased to 4 from 10 the previous year. This reduction appears to be attributable in part to the attrition of one (1) one instructional faculty member at that rank, and the promotion of five (5) others to the rank of Associate Professor. Three (3) of the five promoted faculty were female. Each of the faculty promoted from Assistant Professor to Associate Professor experienced salary increases of approximately 9%.



Chart 4 provides a historical snapshot on average salaries for male and female instructional faculty at the Instructor rank in the College of Law. While the chart shows that the average salaries for female faculty have historically been higher than those of males, these differences appear to have decreased in recent years.



While these data are suggestive of gender-based disparities in salaries for instructional faculty at the Professor and Associate Professor ranks within the College of Law, they provide only a basis for inference and empirical exploration for potential contributions of gender and other factors to such disparities. The remainder of this analysis is dedicated to detailing and discussing findings from the OIR's empirical investigation into factors that might influence salaries within the FAMU College of Law.

## Section 2: Methodology

The study sample for this analysis was comprised of full-time, tenure and non-tenure earning instructional faculty within the College of Law during the 2014-2015 academic year. The College of Law Dean was excluded from the analysis due to the typically higher administrative responsibilities and lower teaching loads associated with that position, and because academic Deans are excluded for the purpose of reporting instructional faculty to the American Association of University Professors (AAUP) and other organizations which collect information on instructional faculty. Instructional faculty holding administrative titles of Associate Dean, however, were included in the analysis because they are commonly included in reporting instructional faculty (i.e. AAUP). Because the study analyses potential disparities within rank, Assistant Professors were also excluded since only one faculty member held that rank during the study observation period.

Multiple regression is the most commonly used statistical technique for analyzing faculty salary equity. While an array of predictors can be used, the most commonly used predictive variables in such models include: years of experience (years since terminal degree); seniority (years at the institutional), education level (highest degree earned) and discipline (Emory University Office of Institutional Research, 2002); Other independent variables used in faculty equity studies may include gender, race, administrative positions, and tenure status (University of Louisville Office of Institutional Research, 2014).

Due to the small sample size, a series of stepwise multiple regression models were run. Unlike a standard multiple regression model where all variables would be entered into a model (and formal hypotheses for the effects of each variable would be posited), the focus of a stepwise regression model is predicting the effects of the best combination of predictors on the dependent variable.

In a stepwise multiple regression model, predictor variables are entered into the model one at a time based on their estimated magnitude of contribution to the prediction equation. Additional variables are added only to the extent that they attain a level of statistical significance within the model. The addition of variables ends when no additional variables add anything of statistical significance the regression equation. Accordingly, there is a potential that not all independent variables listed in the regression command will be included in the final estimation equation.

For the current study, salary and demographic data for instructional faculty within the College of Law were extracted from the university's official fall 2014 employee data file. Since

there was only one (1) instructional faculty member in the College of Law at the rank of Assistant Professor, that rank was excluded from the analysis. Accordingly, only data for full-time instructional faculty carrying the ranks of Professor, Associate Professor and Instructor were included for model estimation purposes. The resulting study sample included fourteen (14) College of Law instructional faculty at the Professor rank, fourteen (14) instructional faculty at the Associate Professor rank and thirteen (13) instructional faculty carrying the rank of Instructor.

Four models were run to estimate the effects of various variables on salary equity within the College of Law. The first model estimated the effects of a series of independent variables on College of Law tenure-earning instructional faculty salaries. This included faculty at both the Professor and Associate Professor ranks. Again, because there was only one instructional faculty member in the College of Law at the Assistant Professor, relationships between the selected independent variables and salary could not be modeled. Additionally, because publication productivity may be an important factor in determining salaries for faculty at the Professor and Associate Professor ranks, and because data on the publication productivity of Instructors were not available, Instructors were excluded from this model.

The remaining three models estimated the effects of a series of independent variables on salaries within each rank (Professor, Associate Professor and Instructor) individually. Descriptions of the models' dependent and independent variables follow below:

### *Dependent Variable:*

The dependent variable used in each of the models was the annual salary for each faculty member. The salaries for all ranked instructional faculty whose annual contracts were for durations other than nine (9) months were converted to nine-month equivalent salaries in accordance with the methodology endorsed and used by the American Association of University Professors (AAUP).

### *Independent Variables*:

The following is a listing and description of independent variables used in each of the multiple regression models.

1. **Gender:** The analysis uses a dichotomous dummy variable coded with a value of "1" for female and "0" for male faculty;
2. **Years in Rank:** This is a continuous variable captures the total number of years that a faculty member has held his/her current rank;
3. **Years Since Hire:** This is a continuous variable which captures the amount of time that an individual has been employed by the university;
4. **Years since Highest Degree:** This continuous variable which indicates the amount of time since the attainment of highest degree is used as a proxy for professional experience;
5. **Years Tenured:** This variable is a continuous measure which accounts for the amount of time that a faculty member has been tenured. For

7

faculty members in the study that have not yet earned tenure, the value for this metric is 0.

6. **Rank:** Dummy variable identifying College of Law instructional faculty members as either "Professor" or "Associate Professor." **This variable is used in Model 1 only**, and "Professors" serves as the comparison group for analysis purposes.

7. **Administrative Role:** Dummy variable identifying College of Law instructional faculty serving in administrative capacities (e.g. Associate Deans). The variable was coded "0" if the faculty member did not serve in such a capacity and "1" if they did.

8. **Number of Publications:** Continuous variable measuring the number of publications since the year 2000.

## Section 3: Empirical Results

### Model 1: Joint Model for Tenure Earning Faculty (Professors and Assoc. Professors)

Summary statistics for each of the continuous variables used in Model 1: Professor and Associate Professor are presented in Table 4a.

| Table 4a: College of Law Salary Equity Study Sample (2014-15) | | | | | |
|---|---|---|---|---|---|
| Variable | Obs | Mean | Std. Dev. | Min | Max |
| Salary (2014-15) | 28 | 131,688 | 26,352 | 86,727 | 187,430 |
| Years Since Degree | 28 | 23.61 | 9.88 | 4.00 | 45.00 |
| Years in Rank | 28 | 3.92 | 2.91 | 0.03 | 8.97 |
| Years Tenured | 28 | 3.83 | 4.44 | 0.00 | 13.03 |
| Years Since Hire | 28 | 7.43 | 3.66 | 0.03 | 13.05 |
| Publications | 28 | 6.57 | 5.46 | 0.00 | 20.00 |

1. Includes Instructional Faculty at Professor and Assoc. Professor Ranks only;

2. Excludes College of Law Dean

Table 4b presents regression coefficients for Model 1 (Professors and Associate Professors). Independent variables in the model with significance levels of .1 or lower ($P < .1$) are denoted in Table 4b with asterisks as noted. The model suggests that rank, years in rank and number of publications played significant roles in determining salaries. Not surprisingly, rank influenced instructional faculty salaries within the College of Law with the model estimating that instructional faculty at the Associate Professor rank earned on average $30,304 less than full Professors in the college ($P < .01$).[1] Years in rank had a positive effect with each additional year within rank accounting for on average for approximately $1,853 in additional salary when controlling for other factors ($P < .1$). The number of publications also appears to have had a positive effect with each unit increase in the number of publications accounting for $1,487 when controlling for other factors ($P < .05$). With respect to gender, the model found that on average

---

[1] Assistant professors were excluded due to the fact that only one full-time instructional faculty member in the College of Law held that rank during the 2014-15 academic year. Instructors were not included as data on their publications were not available and accordingly could not be incorporated into the model.

being male accounted for $8,626 in higher salary when compared to females. The difference was not, however, statistically significant in the model.

**Table 4b: Model Results (College of Law: Professor and Assoc. Professor)**

| VARIABLES | (1)<br>Salary |
|---|---|
| Rank | -30304*** |
| | (6182) |
| Publications | 1487** |
| | (595.1) |
| Years In Rank | 1853* |
| | (1025) |
| Male | 8626 |
| | (6454) |
| Constant | 156106*** |
| | (13668) |
| Observations | 28 |
| R-squared | 0.747 |

Standard errors in parentheses
*** p<0.01, ** p<0.05, * p<0.1

Predicted salaries were computed for each individual within the sample. Average predicted values were then calculated by rank and gender. Chart 3 shows the average residuals (average actual minus average predicted salary) by rank and gender for College of Law faculty included in Model 1. The chart shows that at the Professor rank female faculty in the College of law tended to be paid less than the predicted average, while on average male faculty at that rank appeared to be paid over the predicted average The residuals suggested an inverse trend at the Associate Professor rank where women on average were paid over the predicted value while men were on average paid below the expected value.



*Model 2: Professors Only*

9

**Table 5a** presents summary statistics for Model 2: Professors Only.

| Table 5a: Model 2 Summary Statistics: College of Law Salary Equity Study Professor Sub-sample (2014-15) | | | | | |
|---|---|---|---|---|---|
| Variable | Obs | Mean | Std. Dev. | Min | Max |
| Salary (2014-15) | 14 | 151,766 | 21,249 | 118,000 | 187,430 |
| Years Since Degree | 14 | 26.50 | 11.54 | 4.00 | 45.00 |
| Years in Rank | 14 | 4.60 | 3.05 | 0.03 | 8.02 |
| Years Tenured | 14 | 6.59 | 4.73 | 0.00 | 13.03 |
| Years Since Hire | 14 | 8.07 | 4.10 | 0.03 | 13.05 |
| Publications | 14 | 8.00 | 6.48 | 0.00 | 20.00 |

1. Excludes College of Law Dean

    Results from the Professors Only regression model appear in Table 5b below. The model estimated that on average, when controlling for other factors male faculty in the College of Law at the rank of Professor earned $20,199 more than their female colleagues (P < .01). While males outnumbered females by a margin of more than two-to-one at the Professor rank during the analysis observation period, this finding was unlikely a by-product of frequency alone and may have resulted from a number of factors that could not be observed using the available data.

Table 5b: Model Results (College of Law: Professors)

| VARIABLES | (1) Salary |
|---|---|
| Years Since Degree | 670.2 |
| | (444.5) |
| Years Since Hire | -4568** |
| | (1641) |
| Male | 20199* |
| | (9277) |
| Years Tenured | 4044** |
| | (1316) |
| Constant | 131229*** |
| | (12803) |
| Observations | 14 |
| R-squared | 0.618 |

Standard errors in parentheses
*** p<0.01, ** p<0.05, * p<0.1

    The number of years tenured also appears to be a significant predictor of salaries at the Professor rank in the College of Law, with each additional year since tenure attainment on average accounting for $4,044 in additional salary (P < .05) when controlling for other factors. The number of years since degree attainment also appeared to have been a significant predictor for salaries at this rank with each additional year since degree attainment accounting for approximately $670 in additional salary. Finally, the stepwise regression model estimated an inverse relationship between salary and years since hire. The model estimates that each additional year since hire accounted for approximately $4,568 less in salary. This finding is likely due to lower salaries offered to instructional faculty during the college's early years coupled with more modest salary increases over time.

10

## Model 3: Associate Professor Model

Summary statistics for and Model 3: Associate Professors, are presented in Table 6a.

| Table 6a: Model 3 Summary Statistics: College of Law Salary Equity Study Assoc. Professor Sub-sample (2014-15) | | | | | |
|---|---|---|---|---|---|
| Variable | Obs | Mean | Std. Dev. | Min | Max |
| Salary (2014-15) | 14 | 111,609 | 11,066 | 86,727 | 136,960 |
| Years Since Degree | 14 | 20.71 | 7.18 | 6.00 | 31.00 |
| Years in Rank | 14 | 3.24 | 2.70 | 0.03 | 8.97 |
| Years Tenured | 14 | 1.08 | 1.50 | 0.00 | 4.02 |
| Years Since Hire | 14 | 6.79 | 3.17 | 1.02 | 11.13 |
| Publications | 14 | 5.14 | 3.93 | 0.00 | 13.00 |

Statistical results for the Associate Professors model are presented in Table 6b below. With respect to Associate Professors in the College of Law, Model 3 finds that when controlling for other factors included in the model, on average salaries for male instructional faculty were $5,395 greater than that of their female counterparts. However, the difference was not statistically. Following a trend similar to those observed in Models 1 and 2, the number of years since earning tenure appeared to have had a positive effect on salaries. For the Associate Professor sub-sample, each additional year since tenure attainment translated to $3,423 more in annual salary (P < .01).

Table 6b: Model Results (College of Law:  Associate Professor)

| VARIABLES | (1) Salary |
|---|---|
| Years Since Degree | 476.4* |
| | (235.1) |
| Years Since Hire | -1641** |
| | (660.0) |
| Years In Rank | 956.3 |
| | (589.2) |
| Years Tenured | 3423*** |
| | (919.5) |
| Administrator | -30668*** |
| | (6929) |
| Male | 5395 |
| | (3672) |
| Constant | 106731*** |
| | (6121) |
| | |
| Observations | 14 |
| R-squared | 0.912 |

Standard errors in parentheses
*** p<0.01, ** p<0.05, * p<0.1

11

While the number of years since tenure had a positive effect in the model, the number of years since hire had a negative effect on salaries for Associate Professors in the College of Law (P < .1). Each unit increase in the number of years since being hired at FAMU equated to $1,641 less in salary when controlling for other factors (P < .05). As was the case for Assistant Professors, the inverse relationship between time since hire and salary at Associate Professor level may have been, in part, due to more recently recruited faculty being recruited at higher initial salaries while longer-term faculty who started at lower rates may have experienced more constrained salary growth. The number of years since degree attainment appears to have had a significant positive effect on salaries at the Associate Professor rank with each additional year since degree attainment accounting for approximately $476 in additional salary (P < .1).

The significant negative effect relating to the effects of administrative assignments was most likely a by-product of the model's small sample size and the fact that only one observation in the sub-sample held any type of administrative assignment during the observation period.

### *Model 4: Instructors Model*

Model 4 which included College of Law instructional faculty at the Instructor rank. Three variables included in the Professors and Associate Professors, Professors only and Associate Professors only models were excluded from the Instructors model. First, the number of years since tenure attainment was excluded from the stepwise model as faculty at the instructor rank are not tenure eligible. The second variable excluded from the model was the number of publications produced due to the lack of data for this metric. Finally, due to the fact that no College of Law faculty at the Instructor rank had any administrative duties within the College, the dummy indicator for this predictor was also excluded. Summary statistics for the variables included in the Instructors stepwise regression model are presented in Table 7a.

| Table 7a: Model 4 Summary Statistics: College of Law Salary Equity Study Instructors Sub-sample (2014-15) | | | | | |
|---|---|---|---|---|---|
| Variable | Obs | Mean | Std. Dev. | Min | Max |
| Salary (2014-15) | 13 | 77,494 | 8,474 | 65,455 | 89,580 |
| Years Since Degree | 13 | 15.62 | 6.85 | 5.00 | 32.00 |
| Years in Rank | 13 | 3.08 | 2.46 | 0.03 | 8.02 |
| Years Since Hire | 13 | 3.74 | 2.22 | .19 | 8.02 |

Only one of the four variables included in the Instructors Only stepwise regression model achieved significance. The model estimated a positive and significant relationship between years since hire and average salaries at the Instructor rank with each additional year since hire accounting for approximately $2,062 in additional salary. The positive effect of this variable in the Instructors Only model is likely attributable to the average smaller number of years since hire for instructional faculty at this rank.

| VARIABLES | (1) Salary |
|---|---|
| Years Since Hire | 2062* |
| | (968.3) |
| Constant | 69779*** |
| | (4170) |
| Observations | 13 |
| R-squared | 0.292 |

Standard errors in parentheses
*** p<0.01, ** p<0.05, * p<0.1

**Conclusion and Recommendations:**

Model 1 (Professors and Associate Professors) suggests that gender, years tenured, and rank played significant roles in determining salaries. With respect to gender, the model found that when controlling for other factors, on average female faculty in the study sample earned less than their male counterparts. The number of years since tenure attainment was positively correlated with salaries at this rank. At the same time, the number of years since hire was negatively correlated. This is likely attributable to lower initial salaries for longer serving faculty coupled with modest salary increases over time. Unsurprisingly, the model found higher salaries on average for Professors when compared to instructional faculty at the Associate Professor rank.

Focusing exclusively on College of Law faculty at the Professor rank, the results from Model 2 suggest that in general female faculty at the Professor rank in the FAMU of College earned less than their male counterparts. Notwithstanding these findings, the extent to which gender alone explains these differences is unclear. While the data and findings resulting from this analysis suggest that gender-based salary disparities exist within the College of Law at the Professor rank, a more in-depth qualitative analysis examining additional factors that could not be modeled due to sample size or data availability in university data files is recommended.

Model 3 (Associates Professors) finds that on average females earn less than their male counterparts. The difference is not, however, statistically significant in the model. The number of years since hire does appear to be an important factor for explaining salary disparities at this rank. Lower hiring salaries coupled with modest salary increases over time for longer serving faculty at this rank is the likely explanation for this pattern. It may also be mediated by the number of years since earning tenure.

The Instructors Only Model (Model 4) suggests that the number of years since hire appears to be the most important factor in determining salaries at the Instructor Rank. While female instructional faculty members at the Instructor rank have historically had higher average salaries than their male counterparts, gender does not appear to be a significant predictor of salaries at the Instructor rank.

The consistent findings relating to the positive effects of tenure on faculty salaries are not surprising. Tenure attainment suggests that a faculty member has satisfied a number of academic and professional demands. It is also worth noting that this metric may have masked the influences of other factors such as years in rank and years since degree due to the small sample size. Given the quantitative limitations imposed by a small sample size, and the limited amount of data available in official university data files, the OIR recommends that the College of Law

engage in a qualitative assessment factors that have historically contributed to initial salary offers, as well as to pay increases for faculty within the college.

It is worth noting that four instructional faculty in the study sample were hired after the College of Law attained accreditation in 2009. This included two instructional faculty at the rank of Professor (one male and one female), and two at the Associate Professor rank (one male and one female). In each case, salaries for newly hired male faculty exceeded those of female hires. Again, these variations may be due to effects that could not be modeled in the current analysis. In any case, an in-depth analysis accounting for variations in faculty productivity and workloads, prior professional experience, pre-hire salary history, publication productivity, instruction quality and community service among others may provide additional context for understanding differences in FAMU College of Law instructional faculty salaries.

## References

1. Emory University Office of Institutional Research (2001). An Analysis of Faculty Gender Equity Issues at Emory University. Prepared for the PCSW Faculty Concerns Committee.

2. University of Louisville Office of Institutional Research (2014). Using Hierarchical Linear Modeling (HLM) to Determine Faculty Salary Outliers. *Presented at the AIR Annual Forum, Orlando, FL, May 27-30 2014.*

# Florida Agricultural and Mechanical University

### TALLAHASSEE, FLORIDA 32307-3100

ELMIRA MANGUM, Ph.D., PRESIDENT

*Excellence With Caring*

OFFICE OF THE PRESIDENT

TELEPHONE: (850) 599-3225
FAX: (850) 561-2152
TDD: (850) 561-2784

## MEMORANDUM

**TO:**     Provost, Vice Presidents, Deans, Directors, Department Heads and Chairpersons

**FROM:**   Elmira Mangum, Ph.D.
           President

**DATE:**   July 13, 2016

**SUBJECT:** Cost of Living Adjustment (COLA), One-Time Lump Sum Payment and Merit
            Increase Payment for Education and General funded positions

On behalf of Florida A&M University Board of Trustees, I am pleased to announce that Education and General (E&G) funding has been set aside to provide a cost of living adjustment and lump sum payment to each eligible salaried (non-OPS) employee.

This cost of living adjustment and lump sum payment will be afforded to eligible Out-of-Unit Faculty, Administrative and Professional (A&P), and University Support Personnel System (USPS) employees whose positions are *not* covered by a collective bargaining agreement. Eligible employees will receive a one percent (1%) cost of living adjustment and a one percent (1%) lump sum payment effective July 1, 2016. Cost of living adjustments shall be made to base salaries, while the lump sum payment shall be one-time. These changes will be reflected on the salary warrant date of Friday, July 22, 2016 for the pay period 07/01/2016 - 07/14/2016.

## Eligibility Criteria

- Out-of-Unit Faculty, Administrative and Professional (A&P), and University Support Personnel System (USPS) employees whose positions are *not* covered by a collective bargaining agreement must have been employed by the University before January 1, 2016 and continuously employed through June 16, 2016.

- Employees who have been given notice of non-reappointment or separation from employment with the University from July 1, 2015 – June 16, 2016 are *not* eligible for the cost of living adjustment or lump sum payment.

- Employees who have received a promotion, other pay increase or lump sum salary payment between January 1, 2016 and June 16, 2016 are eligible for the 1% cost of living adjustment, *only*.

FAMU IS AN EQUAL OPPORTUNITY/EQUAL ACCESS UNIVERSITY



PLAINTIFF'S
EXHIBIT

2

Cost of Living Adjustment and Lump Sum Payment
Eligibility Criteria
Page Two

Please note that the cost of living adjustment and lump sum payment are compensation subject to collective bargaining for in-unit employees whose positions are covered by collective bargaining agreements between the FAMU BOT and the Florida Police Benevolent Association (PBA), the American Federation of State, County and Municipal Employees (AFSCME) and the United Faculty of Florida (UFF).

Please note also that the University is committed to administering a 1% merit increase to base salaries of eligible employees in January, 2017, based on 2015-2016 performance. The eligibility criteria for this increase will be communicated at a later date. It will also be subject to collective bargaining for in-unit employees.

It is always a pleasure to recognize and reward those who provide such essential services throughout the entire University community. Thank you for continuing to deliver high quality work and excellent customer service.