RE: CASE NO.: 2023-CA-016035-O, Emergency Motion for Temporary Restraining Order, SMITH v. FAMU BOT

From: 34orange (34orange@ninthcircuit.org)
To: jensmithesq@aol.com; denise.wallace@famu.edu
Date: Tuesday, January 30, 2024 at 08:33 AM EST



Your email has been received.
Thank you,
Diana M. Rico
Judicial Assistant to
Honorable Judge Heather Pinder Rodriguez
Circuit Civil- Division 34 Orange
**Orange County Courthouse**
**425 N. Orange Ave**
**Orlando FL 32801**
**Phone: 407-836-0545**
Fax: 407-835-5011
34orange@ninthciruit.org
www.ninthcircuit.org
Facebook, Instagram, Twitter: @NinthCircuitFL

*Justice will be accessible, fair, effective, responsive, and accountable.*



*Please remember the Judge's office cannot receive EX-PARTE communications from anyone, and you MUST always copy ALL parties on ANY and ALL e-mails, correspondence and/or communications with this office.  Thank you.*

- Guidelines and Procedures - Division 34
- Guidelines and Procedures RE:  Setting Trials, Pre-Trial Conference, and Trials
- Administrative Order 2012-03-01 - Establishing Ninth Judicial Circuit Court Circuit Civil Court Guidelines
- Uniform Administrative Policies and Procedures of the Civil Division of the Ninth Judicial Circuit Court
- Standing Procedures for Motions In Limine - Division 34

- Approval of Minor's Settlement
- Compulsory Medical Examination Guidelines
- Order Controlling Trial and Pre-Trial Checklist - Division 34
- Procedures for Orders Submitted to Chambers – Division 34
- Exhibit A – For Jury Trial Cases
- Exhibit A – For Non-Jury Trial Cases
- Courtroom Decorum Policy

From: Jen Smith <jensmithesq@aol.com>
Sent: Monday, January 29, 2024 4:17 PM
To: D.Denise Wallace <denise.wallace@famu.edu>; 34orange <34orange@ninthcircuit.org>
Subject: Re: CASE NO.: 2023-CA-016035-O, Emergency Motion for Temporary Restraining Order, SMITH v. FAMU BOT

Here is the cover letter, TRO motion/memo and proposed order in word, as well as the Amended Complaint. The exhibits won't fit in one email, so I will hold off on those until I hear from you.

Thank you,

Jen Smith

On Monday, January 29, 2024 at 03:59:36 PM EST, 34orange <34orange@ninthcircuit.org> wrote:

Good afternoon again,

Once you have everything please send 1 email with everything so I can forward to the judge for review.

Thank you,

Diana M. Rico

Judicial Assistant to

Honorable Judge Heather Pinder Rodriguez

Circuit Civil- Division 34 Orange

**Orange County Courthouse**

425 N. Orange Ave

Orlando FL 32801

Phone: 407-836-0545

Fax: 407-835-5011

34orange@ninthciruit.org

www.ninthcircuit.org

Facebook, Instagram, Twitter: @NinthCircuitFL

*Justice will be accessible, fair, effective, responsive, and accountable.*



*Please remember the Judge's office cannot receive EX-PARTE communications from anyone, and you MUST always copy ALL parties on ANY and ALL e-mails, correspondence and/or communications with this office. Thank you.*

- Guidelines and Procedures - Division 34
- Guidelines and Procedures RE: Setting Trials, Pre-Trial Conference, and Trials
- Administrative Order 2012-03-01 - Establishing Ninth Judicial Circuit Court Circuit Civil Court Guidelines
- Uniform Administrative Policies and Procedures of the Civil Division of the Ninth Judicial Circuit Court
- Standing Procedures for Motions In Limine - Division 34
- Approval of Minor's Settlement
- Compulsory Medical Examination Guidelines

- [Order Controlling Trial and Pre-Trial Checklist - Division 34](#)
- [Procedures for Orders Submitted to Chambers – Division 34](#)
- [Exhibit A – For Jury Trial Cases](#)
- [Exhibit A – For Non-Jury Trial Cases](#)
- [Courtroom Decorum Policy](#)

---

**From:** Jen Smith <jensmithesq@aol.com>
**Sent:** Monday, January 29, 2024 3:47 PM
**To:** D.Denise Wallace <denise.wallace@famu.edu>; 34orange <34orange@ninthcircuit.org>
**Subject:** Re: CASE NO.: 2023-CA-016035-O, Emergency Motion for Temporary Restraining Order, SMITH v. FAMU BOT

Thank you.

Please see the attached.

I am uploading the Amended Complaint now, which has additional exhibits.

Thank you,

Jennifer Smith

On Monday, January 29, 2024 at 12:35:26 PM EST, 34orange <34orange@ninthcircuit.org> wrote:

Good morning,

Your email has been received. However, I will need a cover letter the attachments including the motion and a proposed order please.

Thank you,

**Diana M. Rico**

Judicial Assistant to

Honorable Judge Heather Pinder Rodriguez

Circuit Civil- Division 34 Orange

**Orange County Courthouse**

425 N. Orange Ave

Orlando FL 32801

Phone: 407-836-0545

Fax: 407-835-5011

34orange@ninthciruit.org

www.ninthcircuit.org

Facebook, Instagram, Twitter: @NinthCircuitFL

*Justice will be accessible, fair, effective, responsive, and accountable.*



**Please remember the Judge's office cannot receive EX-PARTE communications from anyone, and you MUST always copy ALL parties on ANY and ALL e-mails, correspondence and/or communications with this office. Thank you.**

- Guidelines and Procedures - Division 34
- Guidelines and Procedures RE: Setting Trials, Pre-Trial Conference, and Trials
- Administrative Order 2012-03-01 - Establishing Ninth Judicial Circuit Court Circuit Civil Court Guidelines
- Uniform Administrative Policies and Procedures of the Civil Division of the Ninth Judicial Circuit Court

- Standing Procedures for Motions In Limine - Division 34
- Approval of Minor's Settlement
- Compulsory Medical Examination Guidelines
- Order Controlling Trial and Pre-Trial Checklist - Division 34
- Procedures for Orders Submitted to Chambers – Division 34
- Exhibit A – For Jury Trial Cases
- Exhibit A – For Non-Jury Trial Cases
- Courtroom Decorum Policy

---

**From:** Jen Smith <jensmithesq@aol.com>
**Sent:** Monday, January 29, 2024 12:02 PM
**To:** 34orange <34orange@ninthcircuit.org>; D.Denise Wallace <denise.wallace@famu.edu>
**Subject:** Re: CASE NO.: 2023-CA-016035-O, Emergency Motion for Temporary Restraining Order, SMITH v. FAMU BOT

Good Morning Your Honor:

Please see the attached emergency motion for a TRO. I will standby for instructions on how to set the hearing if one is deemed necessary.

Thank you,

Jennifer Smith, Esq.

407-455-0712