IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

JENNIFER SMITH

    Plaintiff(s),

vs.

CASE NO.: 2023-CA-016035-O
DIVISION NO.: 34

FLORIDA AGRICULTURAL
AND MECHANICAL
UNIVERSITY BOARD OF
TRUSTEES

    Defendant(s).
_____/



PLAINTIFF'S EXHIBIT 4

## ORDER ON PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF

THIS CAUSE, came before the court in chambers for review on Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief filed on January 29, 2024 (the "Motion") and received by the court on January 30, 2024, and the court having reviewed the Motion and the court file and being otherwise duly advised hereby FINDS as follows:

1. In the Motion, Plaintiff seeks a temporary injunction without a bond to stay her termination, effective on January 30, 2024, as a tenured professor.

2. Unfortunately, by the time the Motion was received by the court, the terminative was arguable effective.

3. Pursuant to Florida Rule of Civil Procedure 1.610(1)(a), a "temporary injunction may be granted only if . . . it appears from the specific facts shown by affidavit or verified pleading that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition."

4.  The rule further requires that a temporary injunction may not be granted until a bond is given. The instant case does not fall within the exception to this requirement.

5.  "A temporary injunction without notice is an extraordinary remedy that should be granted sparingly." *State v. Beeler*, 530 So.2d 932, 933 (Fla. 1988); *see also Unified Farm Workers of America*, AFL-CIO v. Quincy Corp. (Fla. 1st DCA 1996).

Based on the foregoing, it is ORDERED that the Motion is DENIED.

**DONE and ORDERED** in chambers in Orange County, Florida on the date set forth in the electronic signature below.

*eSigned by Heather Pinder Rodriguez 01/31/2024 15:58:03 CH8Y56Fx*
01/31/2024 15:58:03
2023-CA-014035-O

**Heather Pinder Rodriguez**
**Circuit Judge**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was filed with the Clerk of the Court this 31st day of January, 2024 by using the Florida Courts E-Filing Portal System. Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System.

If there are parties not receiving service through the Florida Courts efiling Portal, counsel will serve a copy of the order via U.S. Mail to the non-efiling parties and file a certificate of service in the court file no later than three days from the date of this order.

JENNIFER SMITH, 13506 Summerport Village Pkwy, Suite 108, Windermere, FL 34786

FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY BOARD OF TRUSTEES, 1601 S. Martin Luther King Jr. Blvd., 400 Lee Hall, Tallahassee, FL 32307

*eSigned by Diana Rico 01/31/2024 15:58:58 IvycsGE8*
01/31/2024 15:58:58
2023-CA-014035-O

Diana Rico, Judicial Assistant