UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER SMITH,

    Plaintiff,

CASE NO.: 6:24-cv-00457

FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

## ORDER GRANTING INJUNCTIVE RELIEF

THIS CAUSE having come before the Court on _____, 2024 on Plaintiff's Motion for Emergency Temporary Restraining Order and Injunctive Relief against Defendant Florida A&M University Board of Trustees dated March 6, 2024 and the Court having heard argument from both parties, having reviewed the Court file and being otherwise fully advised in the matter, finds and orders as follows:

Defendant Florida A&M University Board of Trustees is preliminarily and temporarily enjoined and restrained from terminating or non-renewing the tenure and employment of Jennifer Smith as a full professor of law at the Florida A&M University College of Law, pending a hearing on this case.

Done and Ordered this _____ day of _____, _____.

_____
Judge