# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JENNIFER SMITH,**

       **Plaintiff,**                   CASE NO.:  6:24-cv-00457-PGB-RMN

**v.**

**THE FLORIDA AGRICULTURAL &**
**MECHANICAL UNIVERSITY BOARD**
**OF TRUSTEES,**

       **Defendant.**

_____/

## DEFENDANT FAMU'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, Florida Agricultural and Mechanical University Board of Trustees ("FAMU"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), respectfully requests this Honorable Court to render an Order granting FAMU a fourteen (14) day enlargement of time to respond to Plaintiff's Amended Complaint, and in support state:

1. Plaintiff filed her Amended Complaint on January 29, 2024, and attempted to serve process on FAMU on February 2, 2024. (ECF Doc. 1). Under proper service, FAMU's current deadline to respond to the Amended Complaint would be March 14, 2024.

2. Plaintiff's "short and plain statement" in her Amended Complaint spans 25 pages, 142 paragraphs, and alleges 6 causes of action. (Doc. 1).

3. FAMU's counsel was recently retained in this action and are diligently investigating the alleged factual allegations in Plaintiff's Amended Complaint and record underlying Plaintiff's alleged claims, including coordinating and completing numerous fact witness interviews.

3. Should the Court grant this requested relief, FAMU will not seek a further enlargement of their response deadline.

## **MEMORANDUM OF LAW**

Rule 6(b) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A).

FAMU respectfully requests this enlargement of time to further analyze and consider Plaintiff's allegations and the underlying facts of this case prior to responding to Plaintiff's Amended Complaint. This motion is not filed for purposes of delay, the granting of this requested relief will not prejudice any Party or the forward progress of this action, and FAMU will not seek any further enlargement of its response deadline.

**WHEREFORE**, Defendant FAMU respectfully requests this Honorable Court to render an Order granting FAMU an enlargement of time until March 28, 2024, to respond to Plaintiff's Amended Complaint.

## Local Rule 3.01(g) Certification

I certify that on March 13, 2024, I conferred in good faith by telephone with Plaintiff Jennifer Smith on the relief requested in this motion and a responsive pleading will be due on or before March 29, 2024, and I am authorized to represent that Plaintiff consents thereto.

Respectfully submitted on March 13, 2024.

*s/ Richard E. Mitchell*  
**Richard E. Mitchell, Esq.**  
Florida Bar No: 0168092

/s/ *Maria A. Santoro*  
**Maria A. Santoro**  
Florida Bar Number: 0654809

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 13th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sill send a notice of electronic filing to all registered users and counsel in this case.

*/s/ Richard E. Mitchell*
**Richard E. Mitchell, Esq.**
Florida Bar No: 0168092
rick.mitchell@gray-robinson.com
maryann.hamby@gray-robinson.com

Julie M. Zolty, Esq.
Florida Bar No: 1036454
chantal.mccoy@gray-robinson.com

**GRAYROBINSON, P.A.**
301 East Pine Street, Suite 1400
Post Office Box 3068 (3208-3068)
Orlando, Florida 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
*Counsel for Defendant FAMU*

*/s/ Maria A. Santoro*
**Maria A. Santoro, Esq.**
Florida Bar Number: 0654809
msantoro@sniffenlaw.com
jlunt@sniffenlaw.com
tward@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for the Board of Trustees, Florida A&M University*