**Smith v. Florida Agricultural & Mechanical University Board..., 141 S.Ct. 2625 (Mem)...**
209 L.Ed.2d 752

141 S.Ct. 2625
Supreme Court of the United States.

Jennifer SMITH, Petitioner,

v.

FLORIDA AGRICULTURAL & MECHANICAL UNIVERSITY BOARD OF TRUSTEES.

No. 20-1231.
|

May 17, 2021

Case below, 831 Fed.Appx. 434.

**Opinion**

Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**All Citations**

141 S.Ct. 2625 (Mem), 209 L.Ed.2d 752

End of Document                © 2024 Thomson Reuters. No claim to original U.S. Government Works.

**Defendant's Exhibit 8**