UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER SMITH,

    Plaintiff,

                                                                                                    CASE NO: 6:24-cv-00457-PGB-RMN

FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR CLERK'S DEFAULT

Plaintiff, Jennifer Smith ("Professor Smith"), hereby moves for an entry of default pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 1.10(b) against Defendant, Florida Agricultural & Mechanical University, and in support states as follows:

1. On February 2, 2024, Defendant was served with the Amended Complaint and Summons. (Doc. 32-5)

2. On March 4, 2024, Defendant removed the action from state court to this Court. (Doc. 1)

1

3. Federal Rule of Civil Procedure 81(c)(2)(C) requires a "defendant who did not answer before removal" to answer or otherwise respond to a complaint no later than 7 days after the notice of removal is filed. (Doc. 18, p. 4)

4. Defendant's deadline to respond to the Amended Complaint was March 11, 2024. (Doc. 18, p. 5)

5. Defendant failed to respond by March 11, 2024. (Doc. 18, p. 5)

6. Accordingly, this Court should direct the clerk to enter default.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter a default against Defendant, Florida Agricultural & Mechanical University, and for such other and further relief as the Court deems proper under the circumstances.

Dated: <u>March 29, 2024</u>

Respectfully submitted,

<u>/s/ Jennifer Smith</u>
Jennifer Smith
Florida Bar No. 964514 (*pro se*)
Law Office of Jennifer Smith
13506 Summerport Village Pkwy.
Suite 108
Windermere, FL 34786
407-455-0712
407-442-3023 (facsimile)
jensmithesq@aol.com

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that, on March 26, 2024, I conferred with the defendant. Defendant opposes the relief requested herein.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Jennifer Smith*
Jennifer Smith (*pro se)*
Law Office of Jennifer Smith