IN THE CIRCUIT COURT OF THE NINTH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA
CIRCUIT CIVIL

JENNIFER SMITH,

    Plaintiff,

                              CASE NO.:
                              2023-CA-016035-O

FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.

_____/

## DECLARATION OF JENNIFER SMITH

I, Jennifer Smith, being over the age of eighteen, make this declaration on personal knowledge of the following facts:

    In 2004, I took a significant pay cut and left a secure place of employment after ten years at a big law firm to do something I thought would love, teaching. But not only would I be teaching, but I would be near the foundation of the start of a law school with a mission that resonated with me – to teach students from underserved communities. Although my formal start date at Florida A&M University College of Law was August 2004, I started in May 2004 without pay to create the student clinics at the law school. The then-dean rewarded my efforts with a monetary grant several months later. Teaching at FAMU COL allowed me to feel that I was continuing my "pro bono" efforts in helping the students and helping the students help the community in service in the clinics. I love teaching the students at the FAMU COL.

### Teaching and Student Mentorship

    Having ascended to partnership at the law firm, I knew that I could work hard and earn



tenure. I have always been one of the most published of the COL faculty and one of the most advanced in learning new courses to teach our students. I have been proactive in integrating in the law school curriculum cutting-edge course topics that respond to emerging global and societal issues.

Significantly, I have proposed and taught several new courses that are billion-dollar industry courses or at the forefront of the legal landscape in law or society, such as Fashion Law; Marijuana Law & Policy; Intersectionality: Racism, Sexism, Classism, Colorism, Spiritualism & the Law; International Arbitration; Sneaker Law; and Comparative Analysis of Global Marijuana Laws, which have been well-received by students. These courses not only add to our curriculum's diversity but also place our institution at the forefront of emerging legal education trends.

I have also proposed and been working on the creation of Historic Preservation Law and a Survey of Electives Seminar, which would allow students an introduction to various niche areas of the law, such as Wine Law, Historic Preservation Law, Fashion Law, Marijuana Law, Natural Gas Law, International Business Arbitration, in one class. These innovative courses not only garner student interest but also position our law school as a forward-thinking institution. These courses not only enrich our curriculum but also foster a more diverse and inclusive learning environment. Personally, ensuring our students have access to a cutting-edge legal education also keeps me actively engaged in new learning subjects.

Beyond classroom teaching, I am deeply committed to mentoring students, offering guidance in academic pursuits, career choices, and professional development. This mentorship extends to supervising independent studies and guiding students in their research projects, discussing career opportunities, and connecting students with local lawyers in their areas of interest.

## Scholarship

My scholarly contributions are a testament to my commitment to advancing legal scholarship and continue to contribute significantly to the field of law. This year, I was excited about the forthcoming publication of my book, WORTH THE FIGHT: ADVANCING THE CAUSE OF EQUAL PAY. Additionally, my law review article, *AI-Powered Educational Equity: Leveraging ChatGPT for Inclusive Legal Education*, reflects my dedication to addressing contemporary legal challenges and promoting inclusive education. This article has already been accepted for publication in the Touro Law Journal of Race, Gender and Ethnicity for Winter 2024.

My recent publications include a new edition of A STUDENT ELECTRONIC DISCOVERY PRIMER AN ESSENTIAL COMPANION FOR CIVIL PROCEDURE COURSES, SECOND ED. (2023), which has been updated to reflect the latest developments in electronic discovery, including artificial intelligence. It serves as an essential guide for students navigating this increasingly important area of law. This is a companion book that I have used in my Civil Procedure (1L) class since the first edition in 2016.

In addition, *Colorism, Shades of Freedom* (S. Cal. Rev. L. & Soc. Just., Vol. 32) was published in 2023. In this law review article, I delve into the legal implications of colorism within the United States justice system, highlighting an often-overlooked aspect of racial and social justice. This article also includes a student essay within it to allow students to place significant writing credits on their resumes. Also, *Historically Black Colleges & Universities: A Model for American Education* (14 Fla. A&M U. L. Rev. 103) was published in 2021 and is a comprehensive law review article on HBCUs and Black history. I began this piece in 2016 and promised it to the FAMU Law Review when it was seeking articles for its journal. This piece reflects on the role of HBCUs in shaping American education, underscoring their significance and offering insights for

educational reform.

Over the five-year span of the article's development, several students assisted me with the research, but one student was particularly helpful, and he is recognized as a co-author on the article to allow him to develop his book of scholarship. My work on petitions for certiorari to the United States Supreme Court drafted in 2018 and 2021, and a federal appellate brief drafted in 2019, not only reflects my engagement with pressing legal issues but also demonstrates my commitment to influencing national legal discourse. These writings involved civil rights (Section 1981 as well as an area of Civil Procedure that the federal courts are grappling with) and equal pay issues (Equal Pay Act). Issues like these enhance my teaching in Civil Procedure and other courses, as well as bring the University one step closer to racial and gender equality.

My legal scholarship stands as a beacon of influence and authority. My research and thought-provoking insights have not only captured the attention of peers but have also resonated profoundly within the highest echelons of the judicial system. My work has been cited by an array of prestigious courts, including state supreme and federal appellate and district courts, a testament to the practical impact and relevance of my scholarship. These citations are a clear indicator of the weight and significance my contributions hold in shaping legal discourse and practice. Furthermore, the recognition from fellow scholars and authoritative legal treatises underscores the depth, originality, and rigor of my work. My scholarship not only enriches the academic community but also actively informs and guides judicial reasoning, shaping the contours of legal precedent and policy.

<u>Service</u>

My service to the community through diverse yet interconnected activities reflects a commitment to leveraging my professional skills and personal passion for the betterment of

society. These roles have allowed me to make significant contributions in areas of democratic participation, legal advocacy, educational development, and community empowerment, resulting in recognition as a "Community Star" from the African American Women's History Month Project, Inc. in 2020. I remain dedicated to continuing these efforts, aiming to make a lasting and positive impact on our COL, University and broader community.

I also created and funded (co-sponsoring with another COL professor) a $500 law review scholarship to encourage student engagement in research and publication of student scholarship. In addition, I donated $10,000 to the University in 2019 for a student emergency fund, but because the University/COL seemed not to be able to figure out how to advance these "emergency" funds to students, the money was given to another HBCU.

## Legal Battles

**Equal Pay**

While leading in faculty publications, teaching excellence and service, I was also engaged in a decade-long battle against the University for equal pay. I have not only carved a path as a formidable law professor but also emerged as a trailblazer for gender equity in the legal profession. This relentless pursuit of justice transcended personal struggle, molding me into a professor who embodies resilience, integrity, and an unwavering commitment to fairness. In the classroom, these experiences have translated into a more nuanced and empathetic approach to teaching. My ability to interweave real-world legal battles with academic rigor has not only captivated students but also instilled in them a profound understanding of the law's transformative power.

By sharing my own public experiences of confronting systemic disparities, I hope to have illuminated the path for future lawyers, equipping them with the courage and moral compass to challenge injustices. Furthermore, my fight for equality has had a resounding impact on my

development as a legal educator. It has deepened my engagement with issues of social justice, workplace equity, and the complexities of legal advocacy. My teachings are now imbued with a richness and authenticity that only comes from lived experience, fostering an environment where critical thinking and social consciousness are not just encouraged but are deemed essential.

As a mentor, I have become an inspiring figure, whose journey resonates profoundly with students, particularly those who face or witness inequities. I have transformed the classroom into a crucible where the next generation of lawyers are not only educated but also galvanized to become agents of change. Significantly, my fight for equal pay has also contributed substantially to advancing gender equity in the law. My battle, which echoes the struggles of many women in academia and beyond, has raised critical awareness about gender-based pay disparities and systemic biases in the legal field.

My ultimate victory resulted in 1) individual salary increases for women up to $23,000, 2) closing the $20,000 pay gap between men and women holding the title of "associate dean" and 3) obtaining overdue promotions for women faculty is not just a personal triumph but a landmark achievement in the ongoing struggle for gender equality. Notwithstanding the equal pay battle, I have continued to be one of the few leaders in scholarship productivity and teaching excellence at the COL. That said, the battle for gender equality continues as the gender pay inequities remain fresh.

**FMLA**

In addition to the equal pay battles, I was compelled to file an FMLA (Family and Medical Leave Act) complaint against the University while on FMLA leave in the fall of 2021 because Dean Keller, Associate Dean Cooper, and the University general counsel were reassigning me on my return from a law professor from FMLA to work in the University general counsel's office,

specifically under the supervision of the University general counsel to perform legal tasks, and threatening my employment for failure to comply. This was in stark violation of FMLA provisions. The Department of Labor found the University in violation and required it to return leave hours to me, and this has yet to be confirmed as done.

### Performance

Notwithstanding my legal battles with Defendant and its negative, retaliatory responses to me in return, I have continued to stand as a model of excellence for the University, the law school and the students.

My evaluations from the deans – only 3 in ten years even though the Faculty Handbook required evaluations annually – have been superior on a scale of 1-5 with 5 the highest.[1]

| Dean | Pernell 2012-13 | Pernell 2013-14 | Keller 2021-22[2] |
|---|---|---|---|
| Teaching Effectiveness | 5.0 | 5.0 | No rating but comments: "You are an active and engaged teacher and scholar." |
| Research | 5.0 | 4.8 | 4.8 |
| Service | 4.6 | 5.0 | 5.0 |
| Other Univ. Duties | 5.0 | 5.0 | 5.0 |

Similarly, my student evaluations have overall been superior. Some of the sample comments from the last few years in my courses are below.

**Civil Procedure (79 students-1Ls):** "Demands excellence from her students. Fair professor. She provides each student with the same opportunity as others. Professor Smith is the most hands on professor at FAMU, which helps us better understand the material and how it applies or does not apply in the legal field. Professor Smith is very intelligent and knows how to teach."

**Comparative Analysis of Global Marijuana Laws, Stetson Law School in the Hague, Netherlands:** "Professor Smith was phenomenal. Prof. Smith did a great job of providing material

---

[1] The evaluations for all faculty ended in 2014 when I filed a gender pay lawsuit, and the evaluations revealed that my male comparator was being paid more than I was, but he was not performing at the same high level of excellence as I was in teaching, scholarship, or service.

[2] Based on the standard universal meanings of 1-5 rating.

that was not biased and presented both perspectives for and against. Great professor in an area of law that is newer and constantly changing. This class was great."

**Remedies (12 students -2Ls/3Ls):** "One of, if not the best professor I have taken at FAMU Law. She asks a lot of us as students, I think this was the only class we actually were required to read the whole textbook. She assigned us an additional oral argument and memo assignment. Professor Smith was very helpful and creative in the ways that she taught this class. Her methods will indefinitely stick with me as I pursue my path in the law field. She was always willing to help students understand the material, but made sure that they understood that in order to be successful in her class, students must also do their part and come prepared. She holds her students to a high standard and I believe that is what helps them be successful."

**Fashion Law (9 students -2Ls/3Ls):** "Professor Jennifer Smith was very professional, engaging, knowledgeable on the subject area of Fashion Law and very helpful and informative with insight on writing upper-level writing papers and Seminar papers."

**Health Care Law (14 students -2Ls/3Ls):** "Truly enjoyed Professor Smith's course on Health Care Law. I now have a well-rounded understanding of HCL and I look forward to working in the Health Care Law field. I know what I have learned in class will help me in practice. Overall great professor & the course definitely was a good survey course for health care law."

**Civil Procedure (60 students -1Ls):** "Great class, well organized. Great Professor! Blessing to FAMU COLLEGE OF LAW. I have never in my collegiate experience had a professor like Jennifer Smith. She has to be tough because civil procedure is tough, she is very particular because courts will be particular. Professor Smith truly wants the best for her students and will do whatever it takes (zooms, office hours, emails) to ensure that students understand any misconceptions. I will never forget her and I will always remember what she taught me."

**Marijuana Law & Policy (16 students -2Ls/3Ls):** "The material in this course was very interesting! The controversial material made class discussions very engaging. The professor was knowledgeable and offered legals tips that we can use outside of the class. I feel like a better writer after taking this course."

**Civil Procedure (15 students, evening program-1Ls):** "Professor Smith was phenomenal. Her teaching method is highly engaging, and she does a great job communicating the various nuances of the material covered as it relates to the class examination, bar examination, and in practice. She also makes the class fun. I will look to take as many classes with Professor Smith as possible in the future. Being a part time student that works a demanding full time job, Professor Smith's skill at teaching and ability to make the class time enjoyable makes going through the grind a lot easier to deal with. This course was reading-heavy for sure! Professor Smith gave helpful examples and would go over any questions we had thoroughly to ensure our understanding."

My student evaluations estimated average score on the "overall rating of instructor" is below.

| Student Evaluations |
|---|
| 4.31 |

Sadly, because of my excellence at my job as a law professor and my love for it, the only way to finally get rid of me would have to be a manufactured charge of misconduct to circumvent my tenure security. I have dealt with much in the way of nonsense at the COL, but my love for teaching and the unique mission of the law school allowed me to enjoy my job there, nonetheless. There is no money that can compensate me for my love of teaching or repair my professional reputation or resume.

As a tenured law professor at the COL, my work is not simply what I do – it is who I am. It is my contribution to the social order of this community and my source of great satisfaction, fulfillment, and accomplishment. I am the sole caretaker of my elderly father, who I cannot relocate because of his medical condition. Despite the heavy responsibility of caring for my father, teaching and serving the students at the COL allows me to do something that I love every single day. Terminating me for a manufactured "cause" that is pretext for retaliation would destroy my reputation, nullify my scholarship, breach my employment contract, penalize me for exercising my right to equal pay and the right to petition, and likely prevent me from ever teaching again.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE INFORMATION AND BELIEF.**

1/29/24
Date

Jennifer Smith