

# Florida Agricultural and Mechanical University
TALLAHASSEE, FLORIDA 32307-3100

**Personal and Confidential**

January 12, 2023

Allyson Watson, Ph.D.
Provost and Vice President for Academic Affairs
Florida Agricultural and Mechanical University
Tallahassee, FL 32307

Dear Provost Watson:

Pursuant to Florida Agricultural and Mechanical University ("FAMU") Board of Trustees Regulation 10.120, university employee, Jennifer M. Smith, duly requested a conference to hear employee's response to a "Notice of Intent to Dismiss from Employment" letter, dated December 5, 2023, that was tendered to the employee.

FAMU Regulation 10.120 (3)(a) reads as follows, "The purpose of the conference shall be to hear the employee's response to the charges in order to protect the employee from erroneous or arbitrary adverse action; to afford the University an opportunity to reevaluate its position after reviewing the information presented by the employee, and to thereafter make a recommendation to affirm or alter the disciplinary action as may be warranted."

The Panel that was chosen to facilitate the January 11, 2024 conference, convened on behalf of Jennifer M. Smith, consisted of university employees Andrea Nelson, Bryan F. Smith, and Patricia West. The Panel convened to determine whether or not it would make a recommendation to affirm the university's "Notice of Intent to Dismiss from Employment". After careful and thorough deliberation, the Panel unanimously recommends the "Notice of Intent to Dismiss from Employment" be rescinded as this Panel does not find the employee's "re-filing" of what was believed to be a previously filed complaint to be an act of retaliation.

In conclusion, the diligent efforts of our panel have now been completed.

Sincerely,

*Bryan F. Smith*

Bryan F. Smith, J.D.
University Ombudsman and Associate Vice President for Student Affairs

Cc:   Dr. Reginald Perry, Interim Associate Provost for Academic Affairs
      Attorney Andrea Nelson, School of Business and Industry
      Attorney Patricia West, FAMU Developmental Research School