DocuSign Envelope ID: 1516D205-3EE5-4722-9CB7-503D57AB645A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JENNIFER SMITH,**

      **Plaintiff,**

v.   Case No: 6:24-cv-457-PGB-RMN

**THE FLORIDA AGRICULTURAL & MECHANICAL UNIVERSITY BOARD OF TRUSTEES,**

      **Defendant.**

_____/

## **DECLARATION OF PROVOST ALLYSON WATSON**

1.  My name is Dr. Allyson Watson and I am over the age of eighteen (18) years of age and competent to make this Declaration upon my own personal knowledge and belief.

2.  I serve as Provost and Vice President for Academic Affairs for the Florida Agricultural and Mechanical University (FAMU).

3.  Jennifer Smith was employed as a visiting professor for the College of Law on August 8, 2004.

4.  I received the Office of Compliance and Ethics' Investigative Reports 2022-11-117 and Supplemental Report 2022-11-117 regarding Jennifer Smith's retaliatory conduct toward a student and inappropriate and unprofessional conduct

towards students. The Reports sustained some of these allegations against Ms. Smith. A true and correct copy of the Reports are attached to the Notice of Intent to Dismiss from Employment, which is hereto as **Exhibit 1**.

5. My decision to termination Ms. Smith's employment was based on her unprofessional and inappropriate behavior towards students as articulated in the Investigative Reports.

6. On December 5, 2023, I sent a Notice of Intent to Dismiss from Employment to Ms. Smith, which advised her of her rights and process under University Regulation 10.120. A true and correct copy of the Notice and the attachments to that Notice, attached hereto as **Exhibit 1**.

7. Ms. Smith convened a panel on January 11, 2024 that recommended I rescind my Notice of Intent to Dismiss, however given the gravity of the situation, I declined to take their recommendation and moved forward with issuing a Notice of Dismissal from Employment.

8. The Notice of Dismissal of Employment was issued on January 23, 2024 and sent to Ms. Smith via email and certified mail, return receipt requested. A true and correct copy of the Notice of Dismissal is attached hereto as **Exhibit 2**.

9. As stated in this Notice, Smith's employment with FAMU ended at the close of business on Tuesday, January 30, 2023.

## VERIFICATION

I verify under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2024.

*Allyson Watson*
Allyson Watson, Ph.D.
Provost and Vice President for Academic Affairs
Florida A&M University