MILESTONE I REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF FLORIDA
                        TALLAHASSEE DIVISION

                    CASE NO.:  4:14-cv-00540-RH-CS


JENNIFER SMITH,

        Plaintiff,

vs.

FLORIDA AGRICULTURAL & MECHANICAL
UNIVERSITY BOARD OF TRUSTEES,

        Defendant.

        * * * * * * * * * * * *

                        DEPOSITION OF
                         Leroy Pernell


             Taken on Behalf of the Plaintiff


DATE:                   April 7, 2015


TIME:                   9:00 a.m.


PLACE:                  Milestone Reporting Company
                        100 East Pine Street, Suite 308
                        Orlando, Florida


REPORTED BY:            Karen Allen-Lewin,
                        Court Reporter, Notary Public
```

PLAINTIFF'S EXHIBIT 4

400 North Ashley Drive, Suite 2600    100 East Pine Street, Suite 308    4651 Salisbury Road, 4th Floor
TAMPA, FL 33602                        ORLANDO, FL 32801                 JACKSONVILLE, FL 32256
                                        CORPORATE

Case 6:23-cv-01057-DCJ-DJA Document 67-9 Filed 08/04/24 Page 2 of 75 PageID 999
Case 6:24-cv-01057-PGB-RMN Document 67-9 Filed 08/04/24 Page 2 of 75 PageID 999
Ternell Leroy 01-07-2019 Page 49 of 18

BY MR. JOHNSON:

Q. I hate those talking documents. Let me just ask a couple of things about the job duties of the faculty members. Is there -- assuming that you have a person who is simply a faculty member, who is not doing some administrative duties in addition to being a faculty member, is there a job description for what that job is supposed to do?

A. I believe that there would have been a description at the time of hire. I don't know exactly how that description reads as to their particular positions and the position number that they're under. But typically persons hiring in the position with the position number and there's a job description with that position number.

Q. I guess what I wanted to know is if you have an ordinary faculty member, they are doing teaching, they're doing research and they're doing service, those three things, right?

A. They are doing those three things, yes.

Q. As part of the teaching they're also maybe holding office hours and counseling students?

A. Yes, that would be common.

Q. That would be part of the teaching, wouldn't it?


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO**, FL 32801
**JACKSONVILLE**, FL 32256
**TAMPA**, FL 33602

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1      A.   That would be part of the responsibility
 2  certainly.
 3      Q.   So is there anything that would take a
 4  different kind of skill, effort or responsibility for
 5  professor A to do her job than professor B?
 6           MS. SANTORO:  Object to the form.
 7      A.   I'm not sure I follow.
 8  BY MR. JOHNSON:
 9      Q.   Aren't they pretty much cookie cutter jobs
10  except that you're teaching a different course?
11           MS. SANTORO:  Object to the form.
12      Q.   You're serving on different committee, you're
13  writing an article for a different journal?
14           MS. SANTORO:  Object to the form.
15      A.   I would not adopt the concept of cookie
16  cutter.  No, I wouldn't call them cookie cutter.
17  BY MR. JOHNSON:
18      Q.   Then if somebody is teaching civil procedure
19  and somebody else is teaching common law one, is there
20  anything that would cause a pay differential because
21  of that distinction?
22      A.   No, there is not.
23      Q.   I just used an example that came to mind.  Is
24  there any other course, whether it be evidence,
25  whether it be tax, whether it be gratuitous transfer,
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1 anything that's more complicated that somebody is
2 teaching that would cause a pay differential versus a
3 professor who is teaching some other class?
4       MS. SANTORO: Object to the form.
5     A. I think if I understand the question the
6 answer would be, no, that I do not believe that pay is
7 linked to the subject matter of instruction.
8 **BY MR. JOHNSON:**
9     Q. And are the teaching loads, leaving aside
10 whether somebody teaches summer or not, but the
11 teaching loads during the main semesters, are they
12 meant to be equal?
13     A. There is an expectation that a tenured track
14 faculty member would carry a teaching load of a
15 minimum 12 semester hours. There are variations on
16 that.
17     Q. And is there anything in that load
18 differential, those variations, that would be a basis
19 for a difference in salary?
20     A. Not to my knowledge.
21     Q. Are faculty members expected to bear a
22 roughly equivalent load of committee service and other
23 kinds of service?
24     A. Yes, they are.
25     Q. In terms of publication, is there a pay


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

1 differential based on either the quantity or the
2 quality of the scholarly output?
3   A.  My hesitancy in answering that, I'm trying to
4 understand the question.  Is that certainly the
5 scholarly output could have an impact on their
6 promotion and tenure, which as a consequence could
7 have impact on their salary.
8   Q.  That's something different.  I'm talking
9 about within the same rank, that would be something to
10 come later as you get promoted and you get that bump.
11 Associate professor A, associate professor B,
12 associate professor A is maybe getting out a few more
13 articles and they're going to Harvard or Yale or
14 something; and associate professor B is not getting
15 out quite as many and they're going to some lesser
16 journal; is that a basis for a pay differential?
17   **MS. SANTORO:**  Object to the form.
18   A.  Not as I've experienced at Florida A&M and
19 not to the base salary.  It might impact summer
20 research grants, other supplemental compensation, but
21 not as salaries have been determined by the
22 university.  I do not know any of those factors being
23 part of the university formula set forth for
24 determining salaries.
25                      - - - - - -



**MILESTONE | REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1  BY MR. JOHNSON:
 2      Q.  What about -- do faculty have pretty equal
 3  responsibility to the university, to the students?
 4      A.  Again, I'm not quite sure.  You said equal
 5  responsibility?
 6      Q.  You hire a faculty member and that person has
 7  certain responsibilities, maybe it's the
 8  responsibilities that we talked about,
 9  responsibilities for serving on committees,
10  responsibility for doing some scholarship, responsible
11  for teaching, responsible or counseling students,
12  obviously responsible for showing up on time, for
13  doing the minimum level of work, for being informed,
14  for participating in things; is there any kind of
15  differential, leaving aside administrative work,
16  between teaching faculty member A and teaching faculty
17  member B, they have the same responsibility, do they
18  not?
19          MS. SANTORO:  Object to the form.
20          MR. JOHNSON:  I can see why.
21      A.  My problem is you kind of have a couple
22  questions in different ones.  If I understand what the
23  intent of the question is that I don't -- I guess the
24  short answer is, I don't know of the expected
25  responsibilities of professors in the same rank and
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1  any differences that there may be.  I don't know of
 2  that being part of any university calculation in terms
 3  of salary.
 4  BY MR. JOHNSON:
 5      Q.  And even after you move up a notch from
 6  associate to full professor, I mean basically you're
 7  still doing the same job as you were doing yesterday,
 8  aren't you, except that maybe you're passing on the
 9  promotion of others?
10      A.  It's difficult to answer that question
11  because it's somewhat broad.  And I'd have to say that
12  as one advances up the ranks, certainly the
13  expectations from that person in terms of the quality
14  in which they do their work may very well change and
15  that's what's a part of what's built in the promotion
16  and tenure process.
17      Q.  But isn't that a double-edged sword though,
18  that certainly there is a whole body of literature
19  that talks about people become full professor and rest
20  on their laurels?
21          MS. SANTORO:  Object to the form.
22      A.  Is that a question?
23  BY MR. JOHNSON:
24      Q.  Yes.
25      A.  What's the question?
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

```
 1       Q.  Isn't there a body of literature, a body of
 2  wisdom that says people become a tenured full
 3  professor and they rest on their laurels, they become
 4  dead wood?
 5          MS. SANTORO:  Object to the form.
 6       A.  I can't concur with that categorical
 7  statement.
 8  BY MR. JOHNSON:
 9       Q.  Not that everybody does, just it's not
10  unknown that there's some full professors take it
11  easy?
12          MS. SANTORO:  Object to the form.
13       A.  I suppose that there are certainly instances
14  that one can find throughout the academy in which
15  there are full professors who do not perform as well
16  as other full professors.
17  BY MR. JOHNSON:
18       Q.  Working conditions, is all your work there in
19  that building, in the same building, do all your
20  professors teach in the same building?
21          MS. SANTORO:  Physical location?
22          MR. JOHNSON:  Yes.
23       A.  As a general rule all courses are scheduled
24  in that building.  There may be instances where there
25  may be special assignments where someone is teaching
```



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1  professor was denied because she lacked a sufficient
 2  number of scholarly publications.  Is that the true
 3  reason, to the best of your knowledge?
 4       A.  I believe that is correct, to the best of my
 5  knowledge.
 6       Q.  Looking at these things, would it be fair to
 7  say that 2013 is a purely quantitative statement?
 8           MS. SANTORO:  Object to the form.
 9       A.  Well, it certainly talks about a sufficient
10  number, but it also talks about the publication being
11  scholarly, which would be qualitative.
12  BY MR. JOHNSON:
13       Q.  Well, it says number of scholarly
14  publications, so are you saying that that's an
15  assessment of the nature of the publications as well
16  as the number of them?
17       A.  I believe that was reflected in the report
18  from the committee.
19       Q.  Number 6, it asks please state all the
20  reasons that plaintiff was paid a lesser salary than
21  her male colleagues of associate professor rank.  And
22  it says salaries are negotiated at the time of initial
23  hire.  Dean Leroy Pernell was not involved in any
24  matter with the initial salary or hiring of plaintiff
25  as she was hired prior to his tenure as dean of the
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900  www.MILESTONEREPORTING.com  Toll Free 855-MYDEPOS

1 College of Law.  A number of factors are considered
2 regarding the hiring of and compensation paid to new
3 faculty, including but not limited to, demands of the
4 hiring market existing at the time of hire and as
5 indicated at competing institutions and/or dictated by
6 the salary already being earned by the potential hire,
7 the need of the College of Law to fill a particular
8 position as well as
9 professional/academic/administrative experience, areas
10 of expertise and history of publication.  Other
11 practical concerns include the amount of funds
12 available and if the candidate negotiates the offered
13 salary.
14          So this touches back on something that we
15 talked about a little earlier.  We asked this question
16 and I was looking for an answer that said something
17 like Jeffrey Brown is paid more because he has X years
18 of experience and he'd written Y number of articles
19 and Yale Law School offered him a huge pay increase
20 and we had to match it.  I was looking for something
21 that had those kind of answers.  And what we got here
22 was basically a general list of criteria that may have
23 affected the starting salaries.  I'm wondering where
24 can I go, who can I ask, how can I find out what was
25 going on in the mind of the hiring authorities to pay


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

```
 1  Jeffrey Brown more starting salary?
 2      A.  I cannot answer that other than I think the
 3  response that you indicated here in number 6 speaks to
 4  the factors that would have been considered.
 5      Q.  It speaks to the factors, but I mean it
 6  doesn't apply those factors to the particular
 7  individuals that are the comparators.  I mean here's
 8  my difficulty, is that I've got a claim here that says
 9  that she's paid, Jennifer Smith, is paid less because
10  she's a woman.  And FAMU is saying, oh, no, that's not
11  why, there are other reasons why.  And I say, okay,
12  what are the other reasons?  And nobody -- I want to
13  know who I can question about that, where am I going
14  to get those facts?
15      A.  I don't know if I can answer that question
16  for you.  I can indicate these are the factors that
17  are considered.  But I mean I don't know anyone else I
18  would refer you to.
19      Q.  Do you know Mr. Luney?
20      A.  Are you referring to Percy Luney the prior
21  dean?
22      Q.  Yes.
23      A.  I do know him.
24      Q.  Do you know where he is?
25      A.  I do not know where he is currently.
```

 MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS