# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JENNIFER SMITH,

     **Plaintiff,**

                     **CASE NO: 6:24-cv-00457-PGB-RMN**

**FLORIDA AGRICULTURAL &**
**MECHANICAL UNIVERSITY**
**BOARD OF TRUSTEES,**

     **Defendant.**

_____/

## SUPPLEMENTAL DECLARATION OF JENNIFER SMITH

1.    I am Jennifer Smith. I am over the age of eighteen (18) years of age and competent to make this Declaration upon my own personal knowledge and belief.

2.    I began working for Defendant, Florida Agricultural & Mechanical University (FAMU), in May 2004, with an official start date of August 8, 2004, as a tenured track associate professor. I received a unanimous vote in April 2004 to join the faculty, which was not long after the College of Law re-opened, and thus, many of the initial employment contracts for law faculty were incorrect, including mine. My contract was corrected for me initially in 2005. (Ex. 1) I also received a grant of money in 2004 for the time I spent working unpaid from May-August

2004 to help start up the law clinics. (Ex. 2)

3.      Since being hired, I performed the duties of a law professor and was subject to the direction and control of Defendant.

4.      I am a tenured full professor and have been since 2016.

5.      I was successfully advancing in an interview process for a position with another company until it learned of my issue with FAMU. All communications stopped from that point forward.

6.      FAMU recently named an interim dean of the law school and given its unlawful abridgement of my rights, I could not have been considered for this position or other interim leadership positions at FAMU's law school.

7.      I have a solo law firm, but no clients. I occasionally assist *pro bono* clients in need, but who are indigent.

8.      I was paid well beyond the alleged termination date of January 30, 2024, and was listed as an employee on the FAMU website until March 20, 2024.

9.      Professor Maritza Reyes was hired at FAMU with my recommendation. I knew Professor Reyes from working at the same law firm. Professor Reyes' employment there was short and unsuccessful. I knew that but believed that Professor Reyes may thrive in a different environment.

10.      Professor Reyes filed a 92-page complaint in federal court against FAMU in August 2022 (6:22-cv-01525-WWB-DCI).

11.   Professor Reyes' complaints have been dismissed without prejudice twice.

12.   Professor Reyes' Second Amended Complaint is pending and is facing another motion to dismiss.

13.   On November 13, 2023, Professor Reyes filed her "Response To Defendant's Motion To Dismiss With Prejudice Plaintiff's Second Amended Complaint, Or In The Alternative, Motion To Strike," in which she mentioned my state court complaint that I had filed on October 17, 2023 but had not served on FAMU.

14.   Professor Reyes' Second Amended Complaint is 96 pages with 303 paragraphs of allegations, dating back 15 years. In the complaint, she takes issue with numerous law faculty members of all races, national origins, and genders; law deans; staff members at the law school; and staff members and administrative personnel at FAMU's main campus in Tallahassee, including the FAMU president, provost and general counsel.

15.   I reviewed SUS public materials. I am also aware that the faculty person with the most experience teaching Constitutional Law is Professor Patricia Broussard (F), who earns significantly less than all the male faculty. A summary of my findings are below:[1]

| Name/Gender | Courses Taught | Title | Salary |
|---|---|---|---|
| Patricia Broussard (F) | Con. Law | Full Prof | $154,823 |
| Karen Consalo (F) | Con. Law | Asst Prof | $108, 150 |
| Comparator (M) | Con. Law | Full Prof | $167,272 |
| Jeremy Levitt (M) | Con. Law | Full Prof/Dist'd | $199,405 |
| LeRoy Pernell (M) | Con. Law | Full Prof | $189,283 |

16. Based on my work alongside Professor Broussard for nearly twenty years, I know Professor Broussard has been teaching Constitutional law for 19 years at the College of Law (at least once every semester). Professor Broussard writes on the subject matter and has been on the news and panels on Constitutional Law issues. Professor Broussard has submitted two United States Supreme Court briefs on Constitutional Law in *Shelby County v Holder* and *Gratz v. Bollinger*, given accolades by Eric Holder (former U.S. Attorney General), John Peyton, Esq., and John Due, Esq. for her work on Constitutional Law. Professor Broussard spoke to the State Department invited by Colin Powell to speak on Martin Luther King, Jr.'s birthday while teaching at Howard University School of Law on civil rights. Professor Broussard is constantly recognized as professor of the year at the College of Law, and she always has by far the most law students enrolled in her Constitutional Law classes than any of the male professors. Her student

evaluations consistently exceed those of her male colleagues.

18. My Comparator was hired in 2021. My Comparator was not initially on the spring 2023 schedule for Constitutional Law, but his placement to teach Constitutional Law came right as FAMU had to respond to my Equal Employment Opportunity Commission (EEOC) complaint, and his teaching of that course became FAMU's reason for his higher salary.

19. On March 18 and 20, 2024, I emailed Antoneia Roe, Esq. regarding my Step One Meeting and follow-up. Although she had responded to my emails before, she did not respond to my emails asking whether she received my email and documents.

## VERIFICATION

I verify under penalty of perjury that the foregoing is true and correct. Executed on April 1, 2024.

_Jennifer Smith_
Jennifer Smith

---

[1] State University System (SUS) of Florida Has a Right to Know, *available at* https://prod.flbog.net:4445/pls/apex/f?p=140:1:0:



# Florida Agricultural and Mechanical University

### COLLEGE OF LAW

TELEPHONE: (407) 254-3268
FAX: (407) 254-3213

*Excellence With Caring*

ONE NORTH ORANGE AVENUE
ORLANDO, FLORIDA 32801

MAILING ADDRESS:
P.O. BOX 3113
ORLANDO, FLORIDA 32802-3113

May 10, 2004



Ms. Jennifer Smith

Dear Ms. Smith:

This letter simply confirms the summary of our telephone conversations during April 2004. We are in the process of preparing the hiring package to forward to the Vice President for Academic Affairs and Provost Larry Robinson. This documentation, including your employment application and supporting materials, recommends that you be hired as an Associate Professor on tenure track by Florida A&M University College of Law for the 2004-05 academic year.

We are recommending a salary of $100,000 for a nine month contract as an Associate Professor on tenure track beginning in August 2004. You will be eligible for research grants or teaching contracts each summer.

I know that we had discussed a higher salary, but that salary is not possible within the framework of our current salary structure. I realize that this would be a deal breaker; the higher salary would be too disruptive to the collegiality of our faculty.

The College of Law is also recommending the payment for up to 15,000 pounds of moving expenses. The official employment contract must be issued by Vice President and Provost Robinson.

Sincerely,

Percy R. Luney, Jr.
Dean

PRLjr:phl

FAMU IS AN EQUAL OPPORTUNITY/EQUAL ACCESS UNIVERSITY

# FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY
## RECOMMENDATION FOR FACULTY EMPLOYMENT

Position # ▓▓▓▓                                   Date: _July 27, 2005_

✓ **E&G**    Grant – N/A

**From:** **COLLEGE/SCHOOL** _College of Law_ **DIVISION** _Academic Affairs_

**Name of Employee** _Jennifer M. Smith_    **Social Security Number** ▓▓▓▓▓

**Dare of Birth** ▓▓▓▓▓▓    **Race** _Black_    **Sex** _Female_

**Home Address** ▓▓▓▓▓▓▓▓ _Fl 32801_    **Home Phone** ▓▓▓▓▓▓ (CONFIDENTIAL)

**Campus Mailing Address** _One North Orange Avenue, Orlando, Florida 32801_   **Campus Phone** _407-254-3268_

**Highest Degree** _Juris Doctorate_    **Date of Degree** _May 10, 1992_

**FTE** _1.00_    **Position Title** _Visiting Assistant Professor_ **Class Code** _9003_ **Professional Rank** _Visiting Assistant Professor_

**Academic Discipline -** _Law_    Tenured    Earning Tenure - X    Not Eligible for Tenure

**Biweekly Salary Rate** _$1,875.00_    **Annual Salary Rate** _$12,000.000_

**Grant Number** _N/A_    **Grant Expiration Date** _N/A_

**Period of Appointment** _May 09, 2005 – August 4, 2005_   **Type of Appointment:** Summer 2005 – Scholarly Research Grant

**Comptroller's Account Number** _230100001_

**Assigned Duties:**

| | | |
|---|---|---|
| Teaching | % | % of time will be devoted to Grant # _____ |
| Academic Advisement | % | % of time will be devoted to Grant # _____ |
| Public Service | % | Pay status (working) from _____ to _____ |
| Research | 1.00% | and from _____ to _____ Non-pay status |
| Administrative | % | (not working) from _____ to _____ and from |
| Other Inst. Effort | % | _____ to _____. This position is located in _____ county. |
| TOTAL | 1.00% | |

This individual (is/is not) employed ay another State agency.

## PERSONNEL/PAYROLL USE ONLY

No. Withholding Exp. _____    Marital Status _____    Retirement Code _____

Social Security _____    State Health Insurance _____    Pay Grade _____
    Yes / No                                          Yes / No

**SIGNATURE**                                    **DATE**

Area Chairperson _____

_[signature] Jame M. Doge_    _7/28/05_

Division Director _____

Contracts and Grants Officer _____

Vice President for Academic Affairs _____

AA:3/98

# FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY
## RECOMMENDATION FOR FACULTY EMPLOYMENT

Position #~~01855~~

Date: <u>August 16, 2005</u> - REVISED

✓ E&G    Grant – N/A

From:   COLLEGE/SCHOOL   <u>College of Law</u>   DIVISION   <u>Academic Affairs</u>

Name of Employee   <u>Jennifer M. Smith</u>   Social Security Number   ~~XXXXXXX~~

Dare of Birth   ~~XXXXXXXXX~~   Race   <u>Black</u>   Sex   <u>Female</u>

Home Address   ~~XXXXXXXXXXXX~~ FL   Home Phone   ~~XXXXXXXX~~ (CONFIDENTIAL)

Campus Mailing Address   <u>One North Orange Avenue, Orlando, Florida 32801</u>   Campus Phone   <u>407-254-3268</u>

Highest Degree   <u>Juris Doctorate</u>   Date of Degree   <u>May 10, 1992</u>

FTE   <u>1.00</u>   Position Title <u>Associate Professor</u> Class Code <u>9002</u> Professional Rank   <u>Associate Professor</u>

Academic Discipline - <u>Law</u>   Tenured   Earning Tenure - X   Not Eligible for Tenure

Biweekly Salary Rate <u>$5,312.82</u>   Annual Salary Rate <u>$103,600.00</u>

Grant Number <u>N/A</u>   Grant Expiration Date <u>N/A</u>

Period of Appointment   <u>August 8, 2005 – May 6, 2006</u>   Type of Appointment: <u>Regular</u>

Comptroller's Account Number   <u>230200001</u>

Assigned Duties:

| | | |
|---|---|---|
| Teaching | .66% | % of time will be devoted to Grant # _____ |
| Academic Advisement | .08% | % of time will be devoted to Grant # _____ |
| Public Service | .09% | Pay status (working) from _____ to _____ |
| Research | .17% | and from _____ to _____ Non-pay status |
| Administrative | % | (not working) from _____ to _____ and from |
| Other Inst. Effort | % | to _____. This position is located in _____ county. |
| TOTAL | 1.00% | |

This individual (is/is not) employed ay another State agency.

## PERSONNEL/PAYROLL USE ONLY

No. Withholding Exp. _____   Marital Status _____   Retirement Code _____

Social Security _____   State Health Insurance _____   Pay Grade _____
<br>Yes / No   Yes / No

## SIGNATURE   DATE

Area Chairperson _____   _____

*[signature]* 
Interim Dean _____   8-22-05

Contracts and Grants Officer _____   _____

Vice President for Academic Affairs _____   _____

AA:3/98

**JENNIFER.SMITH**

| | |
|---|---|
| **From:** | Lundy Langston [lundy.langston@famu.edu] |
| **To:** | JENNIFER.SMITH |
| **Cc:** | |
| **Subject:** | RE: Summary provided to RPT Committee |
| **Attachments:** | |

**Sent:** Tue 11/23/2004 12:21 PM

Thanks. Lundy



-----Original Message-----
**From:** JENNIFER.SMITH [mailto:JENNIFER.SMITH@famu.edu]
**Sent:** Monday, November 22, 2004 6:07 PM
**To:** LUNDY.LANGSTON
**Subject:** RE: Summary provided to RPT Committee

Lundy: I just put a summary of the work in your inbox. I am not sure how the money is defined (grant??). Hope to do lunch soon. Jen

*Jennifer M. Smith*

*Associate Professor of Law*

*Florida A&M University College of Law*

*1 North Orange Avenue*

*Orlando, FL 32801*

*407-254-3256 (phone)*

*407-254-3243 (facsimile)*

*jennifer.smith@famu.edu*

*jensmithesq@aol.com*

**From:** Lundy Langston [mailto:lundy.langston@famu.edu]

**Sent:** Mon 11/22/2004 2:04 PM
**To:** JENNIFER.SMITH
**Subject:** RE: Summary provided to RPT Committee

Please provide a summary of your work on the project.  Thanks.  Are you in?  lundy

-----Original Message-----
**From:** JENNIFER.SMITH [mailto:JENNIFER.SMITH@famu.edu]
**Sent:** Monday, November 22, 2004 1:59 PM
**To:** DORANNE.RIGGIO
**Cc:** LUNDY.LANGSTON
**Subject:** RE: Summary provided to RPT Committee

Sorry.  My contract began in August, but I did receive $10k for the summer for setting up the clinic and assisting in writing the HUD housing grant.  Thanks.

*Jennifer M. Smith*

*Associate Professor of Law*

*Florida A&M University College of Law*

*1 North Orange Avenue*

*Orlando, FL 32801*

*407-254-3256 (phone)*

*407-254-3243 (facsimile)*

*jennifer.smith@famu.edu*

*jensmithesq@aol.com*

---

**From:** DORANNE.RIGGIO
**Sent:** Mon 11/22/2004 10:05 AM
**To:** JENNIFER.SMITH
**Cc:** LUNDY.LANGSTON
**Subject:** Summary provided to RPT Committee

This email is sent at the request of Professor Langston:

This is in reference to the summary you provided to the RPT Committee.

Question #1 requires a response if you either received a summer grant/stipend or if your contract began prior to August 8th.

Please provide this information to me as soon as possible.

Thank you.