UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER SMITH,

    Plaintiff,

                                        CASE NO: 6:24-cv-00457-PGB-RMN

FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## ORDER GRANTING PRELIMNARY INJUNCTION

This action came on for hearing on plaintiff's motion for a preliminary injunction filed April 1, 2024. At the close of the hearing the court orally entered a preliminary injunction. This order making findings of fact and conclusions of law is issued in connection therewith.

### FINDINGS OF FACT

1. This action was brought by Jennifer Smith, plaintiff (Professor Smith) under the Equal Pay Act, breach of contract, First Amendment, and violations of due process.

2. The Defendant, Florida A&M University (FAMU), is a public university in the state of Florida.

3. Professor Smith is a tenured, full professor at the Florida A&M University College of Law with a stellar employment history.

4. Professor Smith has a long history of suing Defendant for equal pay.

5. From 2004 through December 4, 2023, Professor Smith regularly worked onsite at Defendant's law campus in Orlando, Florida.

6. On October 17, 2023, Professor Smith filed an equal pay case in state court.

7. Within weeks after Professor Smith filed her equal pay case in state court, on December 5, 2023, Defendant notified Professor Smith by email that she was to be terminated on January 19, 2024, but had a right to a hearing because she was tenured.

8. On January 11, 2024, Defendant held a hearing before a 3-member panel of lawyers chosen by the Defendant.

9. The panel unanimously recommended that Defendant rescind the notice of termination against Professor Smith.

10. Pursuant to FAMU regulations, Defendant had to notify Professor Smith by January 18, 2024 if it intended to proceed with her termination. It did not.

11. FAMU finally properly notified Professor Smith by certified mail on January 29, 2024, with a new termination date of January 30, 2024.

12. Professor Smith filed a TRO to prevent her termination in state court, which was denied because the judge wrongly believed Professor Smith had been terminated. Professor Smith filed a notice of appeal.

13. Defendant filed a notice of removal to this Court.

14. Professor Smith filed a TRO, which this Court denied.

15. On April 1, 2024, Professor Smith filed a motion for a preliminary injunction.

CONCLUSIONS OF LAW

1. This Court has jurisdiction pursuant to the Equal Pay Act.

2. There is a likelihood that Professor Smith will succeed on the merits of her claims.

3. Until reinstated to the job which she held prior to termination, Professor Smith was suffering, and would have continued to suffer, irreparable harm.

4. The reinstatement of Professor Smith to her former position pending the Court's resolution of Professor Smith's matter.

Accordingly, it is hereby ordered that the preliminary injunction is granted. Defendant is ordered to reinstate Professor Smith to her former position of a tenured full professor at the College of Law, with all the responsibilities and duties which were formerly assigned to that position. Defendant is hereby enjoined pendente lite from preventing, interfering with, or otherwise altering the employment of Professor Smith as a tenured full professor, as it existed before December 5, 2023. It is further

ordered that Defendant convey to Professor Smith the pay which she would otherwise have received from the date of March 1, 2024, until her reinstatement on April ___, 2024. All back pay shall be at _____ per cent interest.

    Dated: April ___, 2024

                                                                                                   _____
                                                                                                      Judge Byron