**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JENNIFER SMITH,**

        **Plaintiff,**

v.                                                      Case No: **6:24-cv-457-PGB-RMN**

**FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES,**

        **Defendant.**
_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order of April 15, 2024 directing Plaintiff to "contact opposing counsel and the mediator to reserve a conference date and [to] file a Notice with the Court within 14 days of this Order advising of the date." (Doc. 45, p. 3). Such notice was never filed with the Court.

Therefore, it is **ORDERED** that Plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal of the case without further notice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on May 6, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record