UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIA
ORLANDO DIVISION

**JENNIFER SMITH,**

    **Plaintiff,**

v.   CASE NO.: 6:24-cv-00457-PGB-RMN

**FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES,**

    **Defendant.**
_____/

## DEFENDANT'S NOTICE OF VOLUNTARY ACCEPTANCE OF SERVICE OF PROCESS

Defendant, Florida A&M University Board of Trustees, by and through its undersigned counsel, voluntarily accepts as of this date, service of process of Plaintiff's First Amended Complaint filed in this case on January 29, 2024. Defendant reserves and does not waive any and all other defenses and objections to this lawsuit, the court's jurisdiction, and the venue of the action, but does waive any objections to the absence of a formal summons or service of process.

    /s/ Maria A. Santoro
    **MARIA A. SANTORO**
    Florida Bar Number: 0654809
    [insert firm information]

    and

Richard E. Mitchell, Esq.
Florida Bar No: 0168092
rick.mitchell@gray-robinson.com
maryann.hamby@gray-robinson.com
Julie M. Zolty, Esq.
Florida Bar No: 1036454
chantal.mccoy@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Post Office Box 3068 (3208-3068)
Orlando, Florida 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
Counsel for Defendant FAMU

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of May, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sill send a notice of electronic filing to all registered users and counsel in this case.

/s/ Maria A. Santoro
**MARIA A. SANTORO**
Florida Bar Number: 0654809
msantoro@sniffenlaw.com
jlunt@sniffenlaw.com
tward@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for the Florida A&M University Board of Trustees*