**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JENNIFER SMITH,**

    **Plaintiff,**

                                              **CASE NO: 6:24-cv-00457-PGB-RMN**

**FLORIDA AGRICULTURAL &**
**MECHANICAL UNIVERSITY**
**BOARD OF TRUSTEES,**

    **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF FILING AMENDED 3.01G CERTIFICATE**

Plaintiff, Jennifer Smith ("Professor Smith"), respectfully submits the following notice to supplement the 3.01(g) certificate filed within her time sensitive motion, (Doc. 54), and states as follows:

1. On April 12, 2024, the Parties filed a joint Case Management Report requesting that the Court set June 26, 2024 as the deadline to amend the complaint and to add parties. (Doc. 43)

2. On April 15, 2024, the Court entered the Case Management and Scheduling Order listing May 31, 2024 as the deadline to amend the complaint and to add parties. (Doc. 45)

3. On May 20, 2024, Professor Smith moved for an extension of the deadline to add parties and amend her complaint and alternatively for a motion for leave to do the same. (Doc. 54)

4. On May 22, 2024, the Court directed Defendant to file a response to Professor Smith's motion. (Doc. 55)

5. On May 28, 2024, Defendant filed its response. (Doc. 59)

6. On May 31, 2024, Professor Smith acted in good faith resolution of the pending motion and identified the additional parties and claims with the basis in the proposed Second Amended Complaint (Attached as Ex. 1). Defendant still objects to Professor Smith's time sensitive motion.

7. Accordingly, and in an abundance of caution given the elimination of the requirement from the Middle District of Florida's local rules, Professor Smith has attached her proposed Second Amended Complaint to this notice (Ex. 1). Subsequent amendments to the complaint do not render the Motion for Preliminary Injunction moot. *American Airlines, Inc. v. Spada*, No. 1:23-cv-21844-CMA (S.D. Fla. Nov. 18, 2023)(finding a sufficient basis on which to rule on the Motion for Preliminary Injunction notwithstanding subsequent amendments to the Complaint where "the allegations against Defendant in the Complaint were very similar to those in the [Third Amended Complaint]…, the Court considered exhibits submitted in support of the Motion and heard four and a half hours of testimony and argument on

the Motion."). This Court is in the same or similar position as *American Airlines* because the Court will have the benefit of hearing testimony should it grant the motion for hearing.

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that, on May 31, 2024 at 10:33am, Professor Smith conferred with Defendant's counsel regarding the motion (Doc. 54) already pending and her proposed Second Amended Complaint (attached). Defendant's counsel indicated that Defendant still opposes the relief requested herein.

Dated: May 31, 2024

Respectfully submitted,

*/s/ Jennifer Smith*
Jennifer Smith
Florida Bar No. 964514 (*pro se*)
Law Office of Jennifer Smith
13506 Summerport Village Pkwy.
Suite 108
Windermere, FL 34786
407-455-0712
407-442-3023 (facsimile)
jensmithesq@aol.com

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on this <u>31st</u> day of May 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users.

<u>*/s/ Jennifer Smith*</u>
Jennifer Smith (*pro se*)
Law Office of Jennifer Smith