UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIA
ORLANDO DIVISION

JENNIFER SMITH,

    **Plaintiff,**

v.                                          **CASE NO.: 6:24-cv-00457-PGB-RMN**

**FLORIDA AGRICULTURAL &**
**MECHANICAL UNIVERSITY**
**BOARD OF TRUSTEES,**

    **Defendant.**

_____/

## NOTICE OF SERVICE OF RESPONSES TO DISCOVERY

COMES NOW the Defendant, FLORIDA AGRICULTUAL & MECHANICAL UNIVERSITY BOARD OF TRUSTEES, hereinafter "University," by and through its undersigned counsel, and hereby gives notice that pursuant to this Court's Order of June 4, 2024, it has served responses upon the plaintiff to "Plaintiff's First Set of Requests for Admission" dated April 23, 2024, "Plaintiff's First Set of Interrogatories to Defendant" dated April 23, 2024, and "Plaintiff's First Requests for Production of Documents" dated April 23, 2024.

                                                  */s/ Maria A. Santoro*
                                                  MARIA A. SANTORO
                                                  Florida Bar Number: 0654809
                                                  msantoro@sniffenlaw.com
                                                  jlunt@sniffenlaw.com
                                                  tward@sniffenlaw.com

                                                  **SNIFFEN & SPELLMAN, P.A.**

123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

-and-

Richard E. Mitchell, Esq.
Florida Bar No: 0168092
rick.mitchell@gray-robinson.com
maryann.hamby@gray-robinson.com
Julie M. Zolty, Esq.
Florida Bar No: 1036454
chantal.mccoy@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Post Office Box 3068 (3208-3068)
Orlando, Florida 32801
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
Co-Counsel for Defendant FAMU

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of July, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sill send a notice of electronic filing to all registered users and counsel in this case.

/s/ *Maria A. Santoro*
**MARIA A. SANTORO**
Florida Bar Number: 0654809
**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for the Board of Trustees, Florida A&M University*