## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JENNIFER SMITH,**

**Plaintiff,**

**CASE NO: 6:24-cv-00457-PGB-RMN**

**FLORIDA AGRICULTURAL &**
**MECHANICAL UNIVERSITY**
**BOARD OF TRUSTEES,**

**Defendant.**

_____/

## SUPPLEMENTAL AMENDED DECLARATION OF JENNIFER SMITH

1.      I am Jennifer Smith. I am over the age of eighteen (18) years of age and competent to make this Declaration upon my own personal knowledge and belief.

2.      I began working for Defendant, Florida Agricultural & Mechanical University (FAMU), in May 2004, with an official start date of August 8, 2004, as a tenured track associate professor.  I received a unanimous vote in April 2004 to join the faculty.

3.      Since being hired, I performed the duties of a law professor (teaching research and service) and was subject to the direction and control of FAMU.

4.      I am a tenured full professor and have been since 2016.

5.      I initially sued Defendant FAMU after learning I, and other women

were being paid less than a male professor who performed substantially equal work to me but had less experience than I do.

6.      When Defendants learned of my unserved complaint filed in October 2023, they revived a stale investigation involving an encounter I had with a disruptive student, Michelle Wanamaker Sadiki, and used it as a pretext to terminate me 22 days later.

7.      I was successfully advancing in an interview in December 2023 - January 2024 process for a position with another company until it learned of my issue with FAMU. All communications stopped from that point forward.

8.      I have a solo law firm, but no clients. I occasionally assist *pro bono* clients in need, but who are indigent. I was approached to assist a potential client with a Financial Industry Regulatory Authority (FINRA) matter regarding jurisdiction in April 2024. I considered taking the matter but for my own case taking most of my time, so I declined in June 2024 for that reason.

9.      Since my termination (whenever the parties agree on a date), Defendant FAMU has withheld my salary and completely ignored my concerns about my salary disparities/gap, back dated my termination to my health insurance carrier so several healthcare claims submitted in the spring are no longer covered and are due and owing, failed to send my tax documents (even upon request) that I could access as an employee, and eliminated my email access without changing the destination for

email notifications about insurance coverage and claims. Each action happened at various times, but usually and immediately after I noted in a court document that I was still employed because these instances/benefits were still in place.

10.    The reasons for my termination have changed several times since the initial termination letter dated December 5, 2023, making it difficult to defend. However, even after minor discovery, Defendants have been unable to articulate how the definition of retaliation for which I was fired or how any of my actions, even the numerous ones they created, meet any definition of retaliation. When I asked Defendant FAMU to define retaliation and how my actions for termination met that definition, Defendant FAMU responded: "[t]he University uses the ordinary meaning of the term and the letter speaks for itself." (Doc. 84, ¶129; Doc. 84-13)

11.    I read Professor Maritza Reyes entire deposition given in May 2024. She does not indicate any rivalry with me even when asked about faculty conflicts at the law school.

12.    Defendant FAMU violated state and federal law, as well as its own regulations, when I reported the October 20, 2022, incident on the same day, and the student reported it a week later. Despite the concerning claims made by me or the reckless claims made by the student against me, which FAMU ultimately found to be completely meritless, FAMU delayed nearly 100 days before initiating an investigation into the incident. This delay constituted retaliation against me for my

equal pay lawsuit and violated numerous state and federal laws that require

educational institutions to report and immediately handle such incidents.

13.    Defendant FAMU breached its contractual obligations to me in many

ways, including:

- Failure to investigate reported student conduct violation
- Failure to timely investigate and gather materials
- Failure to maintain confidentiality of EOP complaint
- Failure to define "retaliation"
- Failure to meet timelines within Reg. 10.206

14.    On March 15, 2024, one day after the mandatory deadline pursuant to

FAMU Regulations, Defendant FAMU held my first internal, yet futile, appeal,

which upheld my termination. The hearing officer is employed at FAMU and

previously worked in the FAMU General Counsel's office.

15.    On June 20, 2024, I had my second internal, yet futile, appeal. No report

has issued yet. The hearing officer is a direct report to Provost Watson, whose own

declarations are conflicting as to why I was terminated.

16.    If I do not participate in this appeals process, then I accept that last act

of FAMU toward me – termination.

17.    I was using my health insurance through May 2024, then it appears that

FAMU went back to inform the insurance company that I was no longer employed

since January 30, 2024, and now those initially covered claims are due and owing.

18.    I emailed Associate Provost Reginald Perry and Mr. Herb Bailey

(Associate Vice President, Provost's Office) about my deferred pay that I get in the

summers. His response on June 24, 2024 was:

*Please see below the breakdown of the payout for the 9 over 12 deferred payment:*

| | |
|---|---|
| *Amount paid into the program:* | *$6,500.00 (September 2023 thru February 2024)* |
| *Amount overpaid to employee:* | *($3,971.52) (Pay date 2/09/24)* |
| *Amount overpaid to employee:* | *($1,269.11) (Pay date 2/23/24)* |
| *Balance due from Program:* | *$1,269.37 (Paid on 4/24/24)* |

*The total amount has been paid out for the 9 over 12 program to Ms. Smith.  If there are any questions, please feel free to call me.*

19.    I emailed them right away on the same day: "Please send me an official

financial breakdown from December to present. I don't accept this or understand it.

Also send my 1099…. Including sick leave etc." I have never heard back from

anyone on my pay and benefits.

## VERIFICATION

I verify under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2024.



_____*Jennifer Smith*_____
Jennifer Smith