**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JENNIFER SMITH,**

    **Plaintiff,**

                                              **CASE NO: 6:24-cv-00457-PGB-RMN**

**FLORIDA AGRICULTURAL &**
**MECHANICAL UNIVERSITY**
**BOARD OF TRUSTEES, et al.**

    **Defendants.**

_____/

**JOINT NOTICE OF CONFERRAL**

Plaintiff, Jennifer Smith, and Defendant, Florida Agricultural & Mechanical University Board of Trustees ("FAMU"), in fulfillment of the Standing Order on Discovery Motions entered by this Court on March 7, 2024 as Document 8, hereby certify: In support, the parties state:

1. On August 13, 2024, the Court conducted a hearing regarding discovery motions (Docs. 88, 89, and part of 116).

2. The Court issued rulings on these motions the same day (Docs. 143, 144, 145) and scheduled a hearing for the remaining discovery motions on August 20, 2024 (Doc. 146).

3. Plaintiff Smith reviewed the contested discovery items on August 14, 2024, and made the following amendments:

   a) Requests for Admissions: Withdrew Nos. 27, 29, 73, and 93.

   b) Requests for Production: Withdrew Nos. 3, 16, and 68, and revised No. 4 to cover the period from 2016 to the present.

4. On August 15, 2024, Defendant FAMU provided documents in response to Requests for Production Nos. 2, 14, 22, 31, and 59, and Plaintiff Smith served additional discovery requests.

5. Plaintiff Smith requested that it be noted the Court granted her Renewed Motion to Amend the Complaint (Docs. 133, 146), directing her to submit the Corrected Second Amended Complaint ("CSAC") by August 20, 2024, which will serve as the operative complaint in this case.

6. The parties conferred on August <u>16</u>, 2024, and did provide information but were unable to resolve the remaining issues in Defendant's Motions for Protective Order, documents 116, 117, and 118. The Defendant will file a summary of outstanding issues prior to the hearing.

Respectfully submitted August 16, 2024.

| */s/ Maria A. Santoro*<br>Maria A. Santoro, Esq.<br>Florida Bar Number: 0654809<br>msantoro@sniffenlaw.com<br>jlunt@sniffenlaw.com<br>tward@sniffenlaw.com | */s/ Jennifer Smith*<br>Jennifer Smith<br>Florida Bar No. 964514<br>Law Office of Jennifer Smith<br>13506 Summerport Village Pkwy.<br>Suite 108 |
|---|---|

| | |
|---|---|
| SNIFFEN & SPELLMAN, P.A.<br>123 North Monroe Street<br>Tallahassee, Florida 32301<br>Telephone: (850) 205-1996<br>Facsimile: (850) 205-3004<br>Counsel for Defendant Florida A&M University Board of Trustees | Windermere, FL 34786<br>407-455-0712; 407-442-3023 (f)<br>jensmithesq@aol.com<br>*Pro Se* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>16th</u> day of August 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Jennifer Smith*
Jennifer Smith (*pro se*)
Law Office of Jennifer Smith

3