### Re: Makeup Class

Green, Reginald M. <reginald.green@famu.edu>
Wed 2/1/2023 3:41 PM
To: Smith, Jennifer <jennifer.smith@famu.edu>

Jen,

The process was to meet with the student and discuss the misconduct allegation. Before I could meet the student, she had already filed her complaint which raised EOP issues. As a result, since the matter involved a faculty member, she sent her complaint to Cooper. To my knowledge afterward a determination was made to send the matter to EOP. We could not conduct two separate investigations without interfering with the other. An EOP investigation supersedes a conduct allegation.

Sincerely,


RMG

---

**Reginald M. Green, J.D.**
**Associate Dean for Student Services and Administration**
Florida Agricultural and Mechanical University
College of Law
201 Beggs Avenue
Orlando, Florida 32801
407.254.3205 Office
407.254.3214 Fax
reginald.green@famu.edu
Service Feedback - Tell us how we're doing!
Feeling Stress - Visit wellconnectbysrs.com

Follow us on Social Media - [facebook.com/famulaw]FACEBOOK | [twitter.com/FAMULaw]TWITTER | [instagram.com/famulaw]INSTAGRAM | LINKEDIN

---

**From:** Smith, Jennifer <jennifer.smith@famu.edu>
**Sent:** Wednesday, February 1, 2023 2:48 PM
**To:** Green, Reginald M. <reginald.green@famu.edu>
**Subject:** Re: Makeup Class

Hey...you never did anything about this complaint and now I'm being investigated when the student should be, and Reyes is all over this. What came of this? Compliance said you did not follow procedures.

Jen Smith

---

**From:** Green, Reginald M. <reginald.green@famu.edu>
**Sent:** Thursday, October 20, 2022 8:46 PM
**To:** Smith, Jennifer <jennifer.smith@famu.edu>
**Subject:** Makeup Class



PLAINTIFF'S EXHIBIT 5

Jen,

I will try and identify the student tomorrow. Please feel free to send me an email detailing the interaction.

Thanks for the notification.

Sincerely,

Reginald Green

_____

Reginald M. Green
Associate Dean for Student Services and Administration
Florida Agricultural and Mechanical University
College of Law
201 Beggs Avenue
Orlando, Florida 32801
407.254.3205 Office
407.254.3214 Fax
reginald.green@famu.edu
Service Feedback - Tell us how we're doing!
Feeling Stress - Visit wellconnectbysrs.com