# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JENNIFER SMITH,**

    **Plaintiff,**

v.                        Case No: 6:24-cv-457-PGB-RMN

**THE FLORIDA AGRICULTURAL & MECHANICAL UNIVERSITY BOARD OF TRUSTEES,**

    **Defendant.**

_____/

## AMENDED DECLARATION OF PROVOST ALLYSON WATSON

1. My name is Dr. Allyson Watson and I am over the age of eighteen (18) years of age.

2. This is an Amended Declaration to clarify and replace the Declaration of the undersigned filed in support of Defendant's Response in Opposition to Plaintiff's Motion for Preliminary Injunction submitted to this Court on March 25, 2024.

3. I make this Declaration upon my own personal knowledge and belief.

4. I serve as Provost and Vice President for Academic Affairs for the Florida Agricultural and Mechanical University (FAMU).

5. Jennifer Smith was employed as a visiting professor for the College of Law on August 8, 2004.

6. I received the Office of Compliance and Ethics' Investigative Reports 2022-11-117 and Supplemental Report 2022-11-117 regarding Jennifer Smith's retaliatory conduct toward a student. The Report substantiates one allegation of misconduct made against Ms. Smith.

7. My decision to terminate Ms. Smith's employment was based on the substantiated finding of retaliation documented in the Investigative Reports.

8. On December 5, 2023, I sent a Notice of Intent to Dismiss from Employment to Ms. Smith, which advised her of her rights and process under University Regulation 10.120.

9. Pursuant to University Regulations, Ms. Smith requested a conference, which was convened at her request and met on January 11, 2024. The panel that facilitated the conference recommended that I rescind my Notice of Intent to Dismiss.

10. Given the disruption caused by Ms. Smith's behavior at the College of Law, I declined to take their recommendation and issued a Notice of Dismissal from Employment to Ms. Smith.

11. I issued the Notice of Dismissal of Employment on January 23, 2024 and sent it to Ms. Smith via email and certified mail, Return Receipt requested.

12. As stated in the Notice of Dismissal, Ms. Smith's employment with FAMU ended at the close of business on Tuesday, January 30, 2023.

13. Ms. Smith was paid beyond the termination date by mistake. The overpayment will be deducted from any additional paid benefits due to Ms. Smith upon reconciliation of said benefits.

14. The College of Law Faculty website retained a profile for Ms. Smith after her termination date due to the workload of the webmaster, and not because Ms. Smith was still employed at the University.

## VERIFICATION

I verify under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2024.

Allyson Watson, Ph.D.
Provost and Vice President for Academic Affairs
Florida A&M University