# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JENNIFER SMITH,

    Plaintiff,

v.

FLORIDA AGRICULTURAL & MECHANICAL UNIVERSITY BOARD OF TRUSTEES; ALLYSON WATSON; DENISE D. WALLACE; LATONYA BAKER; LATRECHA SCOTT; RICA CALHOUN; GRAY ROBINSON, P.A.; JULIE ZOLTY; RICHARD E. MITCHELL; and SARAH REINER,

    Defendants.

Case No. 6:24-cv-457-PGB-RMN

## **ORDER**

This cause comes before the Court for consideration on Defendant Florida Agricultural & Mechanical University Board of Trustees' Motions for Protective Order (Dkts. 116, 117, 118), each filed July 18, 2024. The Court held a hearing on August 13, 2024, where it granted in part the Motion at docket entry 116, and then took the remaining issues in docket entry 116 and the entirety of the Motions at docket entries 117 and 118 under advisement. Dkts. 140, 145. The Court held a second hearing on August 20, 2024 ("Hearing"). Dkt. 156. For the reasons stated on the record at the Hearing,

the Motion for Protective Order at docket entry 116 is due to be granted, the Motion for Protective Order at docket entry 118 is due to be granted in part and the remainder taken under advisement, and the Motion for Protective Order at docket entry 117 is due to be taken under advisement. Another hearing will be set via separate notice regarding the remaining issues in the Motions for Protective Order (Dkts. 117, 118).

Accordingly, it is **ORDERED**:

1. Defendant Florida Agricultural & Mechanical University Board of Trustees' Motion for Protective Order (Dkt. 116) is **GRANTED in part**;

    a. Defendant's request to be relieved from responding to Interrogatory 8 is **GRANTED in part**;

    b. Defendant shall respond to Interrogatory 8, as narrowed at the Hearing on or before September 19, 2024;

    c. Defendant's request to be relieved from responding to Interrogatory 10 is **GRANTED in part**;

    d. Defendant shall respond to Interrogatory 10, as narrowed at the Hearing on or before September 19, 2024;

    e. The remainder of the Motion (Dkt. 116) is **DENIED as moot**;

2. Defendant Florida Agricultural & Mechanical University Board of Trustees' Motion for Protective Order (Dkt. 118) is **GRANTED in part**;

Case 6:24-cv-00457-PGB-RMN   Document 159   Filed 08/20/24   Page 3 of 4 PageID 4698

a. Defendant's request to be relieved from responding to Request for Production 17 is **GRANTED in part**;

b. Defendant shall respond to Request for Production 17, as narrowed at the Hearing on or before September 19, 2024;

c. Defendant's request to be relieved from responding to Request for Production 19 is **GRANTED in part**;

d. Defendant shall respond to Request for Production 19, as narrowed at the Hearing on or before September 19, 2024;

e. Defendant's request to be relieved from responding to Request for Production 28 is **GRANTED in part**;

f. Defendant shall respond to Request for Production 28, as narrowed at the Hearing on or before September 19, 2024;

g. Defendant's request to be relieved from responding to Request for Production 30 is **GRANTED in part**;

h. Defendant shall respond to Request for Production 30, as narrowed at the Hearing on or before September 19, 2024;

i. Defendant's request to be relieved from responding to Request for Production 72 is **taken under advisement**;

j. The parties shall file supplemental briefing regarding Request for Production 72 in no more than four pages, on or before September 6, 2024;

      k.    Defendant's request to be relieved from responding to Request for Production 74 is **GRANTED in part**;

      l.    Defendant shall respond to Request for Production 74, as narrowed at the Hearing on or before September 19, 2024;

      m.    Defendant's request to be relieved from responding to Requests for Production 3, 4, 16, 35, 67, 68, and 75 are **DENIED as moot**;

    3.    Defendant Florida Agricultural & Mechanical University Board of Trustees' Motion for Protective Order (Dkt. 117) is **taken under advisement**; and

    4.    The Court declines to award costs or fees to either party and continues the hearing on the matters taken under advisement. The hearing will be set after the parties submit a notice containing three dates in which they are available.

    **DONE** and **ORDERED** in Orlando, Florida, on August 20, 2024.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record