UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JENNIFER SMITH,**

    **Plaintiff,**

                                **CASE NO: 6:24-cv-00457-PGB-RMN**

**FLORIDA AGRICULTURAL &**
**MECHANICAL UNIVERSITY**
**BOARD OF TRUSTEES, et al.**

    **Defendants.**
_____/

**SECOND NOTICE ON MEDIATION**

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 4.01 and this Court's Order (Docs. 45, 151), that Plaintiff Jennifer Smith ("Professor Smith") attempted to re-schedule mediation in the above-referenced matter; however, neither Defendant FAMU nor the Mediator provided dates. Specifically, Professor Smith sought to reschedule the mediation to include Professor Smith and Defendant FAMU. The mediator, Linda Bond Edwards, Esq. of Rumberger Kirk, 101 North Monroe Street, Suite 1050, Tallahassee, FL 32301 emailed: "Ms. Smith, I cannot provide dates for a mediation until ALL parties are provided an opportunity to participate in the mediation process. A mediation is intended to resolve all claims against all parties unless ALL the Parties agree otherwise." Defendant FAMU

emailed: "Jennifer, in my experience, the mediator controls the process, so I will defer to her." Accordingly, Mediation has not been scheduled.

Dated: September 3, 2024.

Respectfully submitted,

*/s/ Jennifer Smith*
Jennifer Smith
Florida Bar No. 964514 (*pro se*)
Law Office of Jennifer Smith
13506 Summerport Village Pkwy., Suite 108
Windermere, FL 34786
407-455-0712

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of September, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Jennifer Smith*
Jennifer Smith (*pro se*)
Law Office of Jennifer Smith