**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JENNIFER SMITH,

     Plaintiff,

v.

FLORIDA AGRICULTURAL &
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES; ALLYSON
WATSON; DENISE D. WALLACE;
LATONYA BAKER; LATRECHA
SCOTT; RICA CALHOUN; GRAY
ROBINSON, P.A.; JULIE ZOLTY;
RICHARD E. MITCHELL; and
SARAH REINER,

     Defendants.

Case No. 6:24-cv-457-PGB-RMN

# ORDER

This cause comes before the Court for consideration on Defendant
Florida Agricultural & Mechanical University Board of Trustees' Motions
for Protective Order (Dkts. 117, 118), each filed July 18, 2024. The Court
held a hearing on August 20, 2024, where it granted in part the Motion at
docket entry 118, and then took the remaining issues in docket entry 118
and the entirety of the Motion at docket entry 117 under advisement.
Dkts. 156, 159. The Court held another hearing on September 5, 2024
("Hearing"). Dkt. 172. For the reasons stated on the record at the Hearing,

the Motion at docket entry 117 is due to be granted in part and the Motion at docket entry 118 is due to be taken under advisement.

Accordingly, it is **ORDERED**:

1.      Defendant Florida Agricultural & Mechanical University Board of Trustees' Motion for Protective Order (Dkt. 117) is **GRANTED in part**;

      a.      Defendant's requests to be relieved from responding to Request for Admissions 1 and 2 are **DENIED as moot**;

      b.      Defendant's requests to be relieved from responding to Request for Admissions 3, 4, 5, and 6 are **GRANTED**;

      c.      Defendant's request to be relieved from responding to Request for Admission 15 is **DENIED**;

      d.      Defendant's request to be relieved from responding to Request for Admission 16 is **DENIED as moot**;

      e.      Defendant's requests to be relieved from responding to Request for Admissions 17, 18, 19 are **DENIED**;

      f.      Defendant's requests to be relieved from responding to Request for Admissions 20, 21, 22 are **DENIED as moot**;

      g.      Defendant's request to be relieved from responding to Request for Admission 23 is **DENIED**;

h.　Defendant's requests to be relieved from responding to Request for Admissions 24 and 25 are **DENIED**;

i.　Defendant's request to be relieved from responding to Request for Admission 34 is **GRANTED** to the extent Request 34 seeks an admission as to complaints or inquiries outside the Equal Opportunity Programs (EOP) process and **DENIED** to the extent Request 34 seeks an admission regarding complaints or inquiries subject to the EOP process;

j.　Defendant's requests to be relieved from responding to Request for Admissions 35, 37, 40, 43, 71 are **DENIED as moot**;

k.　Defendant's requests to be relieved from responding to Request for Admissions 75 and 76 are **GRANTED**;

l.　Defendant's request to be relieved from responding to Request for Admission 78 is **DENIED as moot**;

m.　Defendant's request to be relieved from responding to Request for Admission 94 is **GRANTED**;

n.　Defendant's request to be relieved from responding to Request for Admission 95 is **GRANTED**; and

o.　The remainder of the Motion (Dkt. 117) is **DENIED**;

- 4 -

2.      Defendant Florida Agricultural & Mechanical University Board of Trustees' Motion for Protective Order (Dkt. 118) is **under advisement**;

a.      Defendant's ore tenus motion for an extension as to supplemental briefing regarding Request for Production 72 is **GRANTED**;

b.      The parties shall file a supplemental brief regarding Request for Production 72 in no more than four pages, on or before September 13, 2024; and

3.      The Court declines to award costs or fees to either party.

**DONE** and **ORDERED** in Orlando, Florida, on September 5, 2024.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record